IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO**
**AMEND SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, plaintiff Net Results, Inc., and defendant the United States jointly move to amend the scheduling order of May 8, 2006, to extend the close of discovery by 30 days, through and including December 1, 2006. Discovery is currently scheduled to close on November 1, 2006.

Although discovery is progressing, certain deponents will not be available until after the present close of discovery. Specifically, defendant has sought the depositions of Thomas Wayne Dodgen and Walter Wollny, Jr., both of whom are presently out of the country. Plaintiff has informed defendant that it wishes to take RCFC 30(b)(6) depositions, but has not yet presented a formal list of topics from which defendant can designate deponents. The additional time will allow these depositions to go forward.

Additionally, the parties remain mindful of the court's order to pursue ADR with Judge Hodges during the discovery period. Although the parties have not yet approached Judge Hodges, the parties have engaged in settlement discussions. The additional time will allow the parties to continue these settlement discussions and approach Judge Hodges if an amicable resolution cannot be reached.

Finally, the parties jointly move for leave to reset the date for submission of the final Joint Status Report, mandated by the court's May 8, 2006, Order, to coincide with the requested end of discovery. Accordingly, the final Joint Status Report would be due on December 1, 2006, rather than November 1, 2006.

## Conclusion

For the reasons stated above, defendant respectfully requests that this Joint Motion to Amend the Scheduling Order be granted.

Respectfully submitted,

s/Rachel L. Semanchik*
THOMAS O. MASON
RACHEL L. SEMANCHIK
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

* By written consent of Ms. Semanchik

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/John A. Hudalla
JOHN A. HUDALLA
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0334
Facsimile: (202) 307-0345

Counsel for Defendant

Of Counsel:
GARY L. HAUSKEN
Attorney
U.S. Department of Justice

October 12, 2006