# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: October 17, 2006)

****************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Parties' **Joint Motion** to Amend Scheduling Order filed October 12, 2006, is hereby **GRANTE**D. **Discovery is extended 30 days, until December 1, 2006**, with the **Joint Status Report** on further proceedings **due December 1**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge