IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO**
**AMEND SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff Net Results, Inc., moves to amend the scheduling order of May 8, 2006, to extend the close of discovery through and including January 31, 2007. Pursuant to the Court's Order, filed October 17, 2006, discovery is currently scheduled to close on December 1, 2006.

Although discovery is progressing and Defendant has completed its depositions of Plaintiff's witnesses, due to the Thanksgiving holiday and critical surgery performed on Plaintiff's principal's grandson, counsel for Plaintiff requires additional time to

meet with Plaintiff and prepare for and take the six (6) scheduled 30(b)(6) depositions.

Additionally, in compliance with the Court's order to pursue ADR with Judge Hodges, the parties have established an ADR date of January 4, 2007. In support of this ADR process and the parties' ongoing settlement discussions, Plaintiff proposes closing discovery on January 31, 2007. This additional time will allow the parties to complete the ADR process and complete any settlement discussions.

Finally, the Plaintiff moves for leave to reset the date for submission of the final Joint Status Report, mandated by the Court's May 8, 2006, Order, to coincide with the requested end of discovery. Accordingly, the final Joint Status Report would be due on January 31, 2007, rather than December 1, 2006.

Counsel for Plaintiff has conferred with counsel for Defendant. Counsel for Defendant concurs with Plaintiff's request.

## Conclusion

For the reasons stated above, Plaintiff respectfully requests that this Unopposed Motion to Amend the Scheduling Order be granted.

Respectfully submitted,

[signature]

THOMAS O. MASON
RACHEL L. SEMANCHIK
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2006, I caused the foregoing Plaintiff's Unopposed Motion to Amend Scheduling Order to be served via facsimile and first class mail upon:

John A. Hudalla
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Washington, DC 20530
(202) 307-0345 (facsimile)

Counsel for Defendant The United States

Thomas O. Mason