# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: December 4, 2006)

******************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
******************************************************

## ORDER

Plaintiff's **unopposed Motion to Amend Scheduling Order** filed November 29, 2006, is hereby **GRANTED**. **Discovery is extended 60 days, until January 31, 2007**, with the **Joint Status Report** on further proceedings **due January 31**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge