# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| NET RESULTS, INC., | * | |
| Plaintiff, | * | No. 04-1376C |
| v. | * | Filed: December 8, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER**

Judge Hodges will hold an ADR Hearing in this matter on January 4, 2007, at 10:00 a.m. in the National Courts Building.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge