# In the United States Court of Federal Claims

* * * * * * *

NET RESULTS, INC., *

Plaintiff, * No. 04-1376C (ADR)

v. * Filed: January 5, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

An ADR hearing will be held in this matter before Judge Robert H. Hodges, Jr., on February 6, 2007 at 10:00 a.m. in the National Courts Building.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge