# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: January 30, 2007)

****************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Defendant's **unopposed Motion to Amend Scheduling Order** filed January 29, 2007, is hereby **GRANTED**. (This is the third extension of time since the May 2, 2006, Status Conference.) **Discovery is extended three months, until April 30, 2007**, with the **Joint Status Report** on further proceedings **due April 30**. No further extensions of time for Discovery shall be granted, unless unusual circumstances occur.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge