IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1376 C<br><br>Judge Lawrence M. Baskir |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff Net Results, Inc., on behalf of the parties, moves to amend the scheduling order filed on January 29, 2007, to extend the close of discovery through and including May 31, 2007. Pursuant to the Court's Order filed on January 30, 2007, discovery is currently scheduled to close on April 30, 2007.

Although discovery is progressing and Defendant has completed its depositions, there still remain two depositions that Plaintiff desires to take. The parties have not been able to schedule these depositions during the month of April due to scheduling difficulties between counsel for the Plaintiff and Defendant. The dates noticed by Plaintiff have not been agreeable due to the unavailability of Defendant's counsel, and the only two dates that the Defendant's counsel could provide, April 25 and 26, 2007, are dates for which Plaintiff's counsel has previously scheduled commitments that will require his

presence out of town. The parties have agreed that these depositions can take place on May 16 and 17, 2007, and propose that the court extend discovery to permit the taking of these depositions on May 16 and 17, 2007.

Additionally, in compliance with the Court's order to pursue ADR with Judge Hodges, the parties met with Judge Hodges in January of 2007. It is anticipated that as a result of the parties' meeting, a settlement dialog has commenced and is ongoing. The extension of the discovery period will facilitate the continuation of the settlement discussions and will permit a subsequent meeting with Judge Hodges if necessary.

Finally, the Plaintiff moves for leave to reset the date for submission of the Joint Status Report to coincide with the end discovery. Accordingly, the Plaintiff requests that the Joint Status Report will be due on May 31, 2007.

Counsel for Plaintiff has conferred with counsel for Defendant. Counsel for Defendant concurs and joins this motion for enlargement of the time for discovery.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Unopposed Motion to Amend the Scheduling Order be granted.

Respectfully submitted,

s/ Thomas O. Mason
THOMAS O. MASON
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Phone: (703) 706-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff Net Results, Inc.

1442284v1