# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: April 24, 2007)

****************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Plaintiff's **unopposed Motion to Amend Scheduling Order** filed April 20, 2007, is hereby **GRANTED**. **Discovery is extended one month, until May 31, 2007**, with the **Joint Status Report** on further proceedings **due May 31**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge