IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1376 C<br><br>Judge Lawrence M. Baskir |

**SECOND MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff Net Results, Inc. moves to amend the scheduling order filed on January 29, 2007, to extend the close of discovery through and including June 29, 2007. Discovery is currently scheduled to close on May 31, 2007.

Although the discovery process is almost complete, during the recent depositions of two Government witnesses, Plaintiff learned that Defendant has not yet reviewed the emails files of these witnesses to determine if they contain any material relevant to the above-captioned case. As a review of these emails files was included in Plaintiff's original discovery request, Defendant has agreed to conduct such a search. In support of completing this process as soon as practicable, the parties have agreed to confer to determine the scope of such search. The additional time is also needed for Defendant's counsel to

arrange a review by Plaintiff's counsel of additional contract files that have been located at Ft. Belvoir, Virginia.

Additionally, the parties continue to engage in ongoing settlement discussions. The extension of the discovery period, therefore, will facilitate the continuation of the settlement discussions and will permit a subsequent meeting with Judge Hodges if necessary.

Finally, the Plaintiff moves for leave to reset the date for submission of the Joint Status Report to coincide with the end discovery. Accordingly, the Plaintiff requests that the Joint Status Report will be due on June 29, 2007.

Counsel for Plaintiff has conferred with counsel for Defendant. Counsel for Defendant states that Defendant does not intend to take a position on this motion for enlargement of the time for discovery.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Second Motion to Amend the Scheduling Order be granted.

Respectfully submitted,

s/ Thomas O. Mason
THOMAS O. MASON
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Phone: (703) 706-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May 2007, I caused the foregoing Net Results, Inc.'s Second Motion to Amend Scheduling Order to be served via first-class U.S. mail, postage pre-paid, upon:

John A. Hudalla
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Washington, DC 20530
(202) 307-0345 (facsimile)

Counsel for Defendant The United States

s/ Thomas O. Mason
Thomas O. Mason

1456826v1