Case 1:04-cv-01376-LB Document 27 Filed 01/29/2007 Page 1 of 3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO**
**AMEND SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, moves to amend the scheduling order of May 8, 2006, to extend the close of discovery by three months, through and including April 30, 2007. Discovery is currently scheduled to close on January 31, 2007. Counsel for defendant has conferred with counsel for plaintiff, who concurs with the instant request.

Several events have necessitated this extension of time. First, on December 29, 2006, plaintiff served 25 new document requests on defendant. In responding to these requests, defendant will be both producing documents and making other documents available for inspection. The additional time will allow defendant to process its production documents and to schedule the inspection. Should plaintiff

request copies of certain inspected documents, as is likely, defendant will need further time to process and copy those documents for production to plaintiff. The requested extension accounts for this potentially lengthy process. The court should note that both parties have indicated that they do not intend to serve further discovery requests.

Second, counsel for plaintiff has requested that two outstanding depositions of defendant's witnesses be postponed until the aforementioned production and inspection documents are made available to plaintiff. The additional time will allow these depositions to go forward after plaintiff has considered the new documents.

Third, Judge Hodges had previously scheduled an ADR session with the parties for January 4, 2007. Due to his extended recovery from back surgery, Judge Hodges postponed the ADR session to February 6, 2007. The requested extension will allow the parties to complete the ADR process and to complete any subsequent settlement discussions.

Defendant also moves for leave to reset the date for submission of the final Joint Status Report, mandated by the court's December 4, 2006, Order, to coincide with the requested end of discovery. Accordingly, the

final Joint Status Report would be due on April 30, 2007, rather than January 31, 2007.

## Conclusion

For the reasons stated above, defendant respectfully requests that this Unopposed Motion to Amend the Scheduling Order be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/John A. Hudalla
JOHN A. HUDALLA
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Telephone: (202) 307-0334
Facsimile: (202) 307-0345

Of Counsel:
GARY L. HAUSKEN
Attorney
U.S. Department of Justice

January 29, 2007

Attorneys for Defendant