**U.S. Department of Justice**

Civil Division

Telephone: (202) 307-0334
Facsimile: (202) 307-0345

JAH
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

*Washington, D.C. 20530*

March 20, 2007

VIA FACSIMILE AND U.S. MAIL

Thomas O. Mason, Esq.
Rachel L. Semanchik, Esq.
Williams Mullen
8270 Greensboro Drive
Suite 700
McLean, Virginia 22102

Re: *Net Results, Inc. v. United States*
U.S. Court of Federal Claims No. 04-1376 C

Dear Mr. Mason and Ms. Semanchik:

We write regarding the impending close of discovery in this case. As you will recall, Judge Baskir indicated that the court will grant no further extensions of time in which to take discovery beyond April 30, 2007. Please be aware that I will be out of the office and unavailable from April 12-20, 2007, due to a family matter. As such, please contact us immediately if plaintiff intends to take any further discovery.

We also write regarding settlement discussions in this case. [redacted]

Very truly yours,

JOHN A. HUDALLA
Attorney
Commercial Litigation Branch