**U.S. Department of Justice**

Civil Division

JAH
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

Telephone: (202) 307-0334
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

May 9, 2007

VIA FACSIMILE AND U.S. MAIL

Thomas O. Mason, Esq.
Rachel L. Semanchik, Esq.
Williams Mullen
8270 Greensboro Drive
Suite 700
McLean, Virginia 22102

Re: *Net Results, Inc. v. United States*
U.S. Court of Federal Claims No. 04-1376 C

Dear Mr. Mason and Ms. Semanchik:

We write further to our e-mails of May 1 and 4, 2007, regarding the rescheduling of Pat Davis's deposition. As you know, Ms. Davis's deposition has been rescheduled many, many times. Originally, her deposition was scheduled for December 5, 2006, but Mr. Mason canceled that deposition due to death in his family. After the parties agreed to postpone her deposition until January 10, 2007, Mr. Mason again canceled the deposition citing a late-scheduled trip to the Middle East. The parties then agreed to move the deposition until January 30, 2007, but plaintiff requested that it be rescheduled again in order to await defendant's (now complete) response to plaintiff's late-served document requests of December 29, 2006. The parties most recently agreed that Ms. Davis's deposition would go forward on May 16, 2007.

On May 1, Ms. Davis asked (for the first time) to reschedule her deposition due to a conflict that arose involving her official duties. In our recent e-mails, we requested that Ms. Davis's deposition be rescheduled from May 16, 2007, to May 22, 2007, and we asked for plaintiff's agreement to this change. Although Ms. Semanchik indicated in a May 7, 2007, e-mail that she was going to get back to us on whether this change was acceptable, we still have not heard from you. Given that plaintiff has been provided ample notice of the proposed rescheduling, Ms. Davis will not be present on May 16, 2007. We will continue to ask Ms. Davis to be available on May 22, 2007, but we ask you to respond immediately as to whether our proposed date is acceptable. With the close of discovery coming directly after the Memorial Day holiday weekend, few days other than May 22 are available to hold Ms. Davis's deposition.

We also write further to the parties' settlement discussions in our teleconference of April 2, 2007. In that teleconference, plaintiff propounded second revised positions on the conception and reduction to practice for the claimed inventions of the patent-in-suit. We asked for, but have not received, revised interrogatory answers reflecting plaintiff's changed positions. Please let us know when we may expect the same.

Very truly yours,

JOHN A. HUDALLA
Attorney
Commercial Litigation Branch