## Hudalla, John (CIV)

**From:** Hudalla, John (CIV)
**Sent:** Wednesday, May 16, 2007 12:10 PM
**To:** 'Mason, Thomas'; 'Semanchik, Rachel'
**Subject:** Additional Production Documents--Net Results, Inc. v. United States

**Attachments:** G74033-G74043.pdf

G74033-G74043.pd
f (6 MB)

Tom & Rachel--

As part of defendant's continuing duty to supplement discovery responses, we attach defendant's production documents numbered G74033-G74043 in one PDF file.

We also write further to our letter of May 9, 2007, which requested revised interrogatory answers reflecting plaintiff's changed position on the conception and reduction to practice for the claimed inventions of the patent-in-suit. We have received no response to our requests for supplementation. Given the importance of these issues to determining the validity of the patent-in-suit, we ask that plaintiff immediately supplement its answers.

Regards,

John A. Hudalla
United States Department of Justice
Civil Division
Commercial Litigation Branch
Washington, DC 20530
(202) 307-0334
(202) 307-0345 fax
john.hudalla@usdoj.gov