# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: May 31, 2007)

*****************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

The Court is in receipt of Plaintiff's **unopposed Motion to Amend Scheduling Order** and Defendant's response which provided additional background information, both filed on May 29, 2007. Plaintiff's Motion is hereby **GRANTED**. **Discovery is extended one month, until June 29, 2007**, with the **Joint Status Report** on further proceedings **due June 29**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge