IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

The parties jointly file this Status Report in response to the court's May 31, 2007, Order.

## I. The Progress of Discovery

On June 18 and 25, 2007, plaintiff completed an inspection of documents that had first been offered to plaintiff in January 2007. As a result of the inspection, plaintiff has identified 31 complete or partial boxes of documents for copying and production by defendant. Defendant has begun to process these documents.

Plaintiff made follow-up document requests in the wake of two depositions taken by plaintiff in late May 2007. While defendant has already produced some of the requested documents, defendant is

continuing to process documents responsive to plaintiff's requests from that time.

Defendant intends to complete the production of all documents by July 27, 2007. Although the parties do not believe a further extension of discovery is needed to accommodate its document processing, the parties propose a schedule below that provides time for defendant to complete its document production and allows Plaintiff time to consider the additional documents produced. While Plaintiff does not anticipate the need to request additional discovery based upon the documents that defendant intends to produce, Plaintiff reserves the right to do so until it has had time to consider the referenced additional documents.

Plaintiff recently provided defendant with an Amended Declaration from plaintiff's principal, Mr. Tom Wollny, regarding a correction to his deposition testimony. Plaintiff also recently served several amended interrogatory answers. Defendant has requested an opportunity to depose Mr. Wollny again on the statements contained in the declaration and on the facts surrounding the amended interrogatory answers because the declaration and amended answers appear to significantly alter certain facts stated by Mr. Wollny at his earlier deposition. Plaintiff does not object to

this request and has agreed to make Mr. Wollny available prior to July 27, 2007, so long as the deposition is conducted in accordance with the limitations referenced above. Plaintiff, however, expressly disagrees with defendant's assertion that the declaration and amended answers appear to significantly alter certain facts stated by Mr. Wollny in his earlier deposition.

## II. Parties' Proposed Schedule

The parties request that the court schedule patent claim construction proceedings. The parties propose adopting the procedure that is set forth in paragraphs 8, 9, 11, and 12 of Chief Judge Damich's Special Procedures Order for Cases Under 28 U.S.C. § 1498(a) with the following dates:

| | |
|---|---|
| Initial Disclosure of Asserted Claims | Monday, August 27, 2007[1] |
| Initial Disclosure of Prior Art | Thursday, September 13, 2007 |
| Plaintiff's Claim Chart & Claim Construction Statement | Wednesday, November 21, 2007 |
| Defendant's Response to Claim Chart & Claim Construction Statement | Monday, January 21, 2008 |
| Claim Construction Meet and Confer | Monday, February 11, 2008 |

[1] As indicated above, this date was selected to allow defendant time to complete its document production and to allow Plaintiff time to review the documents produced and determine any needed follow up actions as a result of the production.

| | |
|---|---|
| Joint Claim Construction Statement | Monday, February 25, 2008 |
| Plaintiff's Opening Brief for Claim Construction Hearing | Tuesday, March 25, 2008 |
| Defendant's Responsive Brief for Claim Construction Hearing | Friday, April 25, 2008 |
| Plaintiff's Reply Brief for Claim Construction Hearing | Friday, May 9, 2008 |
| Claim Construction Hearing Target Date | Monday, June 9, 2008 |

While the parties remain amenable to settlement discussions, the parties remain far apart in their respective evaluations of this case.

Respectfully submitted,

s/ Thomas O. Mason

THOMAS O. MASON
Williams Mullen
8270 Greensboro Drive
Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/John A. Hudalla
JOHN A. HUDALLA
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0334
Facsimile: (202) 307-0345

Of Counsel:
GARY L. HAUSKEN
Attorney
U.S. Department of Justice

June 29, 2007

Counsel for Defendant