# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: July 25, 2007)

*************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*************************************************

## ORDER

The Court is in receipt of the parties' Joint Status Report filed June 29, 2007, regarding further proceedings in this case. **Discovery is extended one month, until July 31, 2007**, with another **Joint Status Report** on further proceedings **due July 31**.

The parties' proposed **patent claim construction proceedings schedule is adopted as follows**:

-- Initial Disclosure of Asserted Claims due by **August 27, 2007**;

-- Initial Disclosure of Prior Art due by **September 13, 2007**;

-- Plaintiff's Claim Chart & Claim Construction Statement due by **November 21, 2007**;

-- Defendant's Response to Claim Chart &Claim Construction Statement due by **January 21, 2008**;

-- Claim Construction Meet & Confer by **February 11, 2008**;

-- Joint Claim Construction Statement due by **February 25, 2008**;

-- Plaintiff's Opening Brief for Claim Construction Hearing due by **March 25, 2008**;

-- Defendant's Response Brief for Claim Construction Hearing due by **April 25, 2008**;

-- Plaintiff's Reply brief for Claim Construction Hearing due by **May 9, 2008**; and

-- **The Claim Construction Hearing will be scheduled by the Court once the Claim Construction Briefing is completed.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge