IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1376 C |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties jointly file this Status Report in response to the court's July 25, 2007, Order.

## I. The Progress of Discovery

Defendant is in the midst of processing for production approximately 90,000 pages of documents arising from (1) plaintiff's inspection of documents on June 18 and 25, 2007; and (2) plaintiff's follow-up document requests in the wake of two depositions taken by plaintiff in late May 2007. As of the date of this filing, defendant will have produced approximately 50,000 of the 90,000 pages identified. Defendant expects to produce the remaining 40,000 pages and complete its production within the next two weeks. While Plaintiff does not anticipate the need to request additional

discovery based upon the documents that defendant intends to produce, Plaintiff reserves the right to do so until it has had time to consider the referenced additional documents. The court should also note that defendant took the deposition of plaintiff's principal, Mr. Tom Wollny, on July 18, 2007. Defendant does not expect to take any further discovery at this time.

## II. Parties' Proposed Schedules

The parties intend to follow the schedule put forth in the court's July 25, 2007, Order.

Respectfully submitted,

Dated: July 31, 2007

s/ Thomas O. Mason

THOMAS O. MASON
Williams Mullen
8270 Greensboro Drive
Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Dated: July 31, 2007

s/ John A. Hudalla

JOHN A. HUDALLA
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0334
Facsimile: (202) 307-0345

Counsel for Defendant

Of Counsel:
GARY L. HAUSKEN
Attorney
U.S. Department of Justice