IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**NET RESULTS INC.'S INITIAL DISCLOSURE OF ASSERTED CLAIMS**

Pursuant to the Court's Order, dated July 25, 2007, the following constitutes Plaintiff, Net Results, Inc.'s ("Net Results") Initial Disclosure of Asserted Claims[1] relating to U.S. Patent No. 5,680,048.

1. A mine detection system comprising:
   a wand having a first end and an opposite second end;
   a housing mounted onto said first end of said wand;
   a signal processor supported by said wand:
   a ground penetrating radar system in communication with said signal processor, said radar system including a transmitter, a receiver, and an antenna, said antenna having a first field of view; and

1 Based upon the discovery reviewed to date, it is Net Results' position that the Defendant is violating claims 1 through 5. As the Defendant would not permit the opening of the AN/PSS-14 housing, however, Net Results was unable to fully inspect the device and, thus, has been unable to confirm or deny whether any of the additional patent claims are also being violated. Net Results also notes that it is still in the process of reviewing the additional 90,000 pages recently produced by the Defendant.

a metal detector system in communication with said signal processor, said metal detector system including metal detector coils; said metal detector coils having a second field of view;
said antenna and said metal detector coils being contained within said housing, said metal detector coils concentrically surrounding said antenna.

2. The mine detection system according to claim 1, wherein said first field of view of said antenna is substantially similar to said second field of view of said metal detector coils.

3. The mine detection system according to claim 1, where in said antenna is selected from the group consisting of co-polarized, cross polarized, dual polarized, circularly polarized, and combinations thereof.

4. The mine detection system according to claim 1, wherein said first field of view of said antenna is offset from said second field of view of said metal detector coils by a predetermined angle.

5. The mine detection system according to claim 1, wherein said radar system is selected from the group consisting of stepped continuous wave, impulse, pulse, swept FM, continuous wave, monostatic, bistatic, balance bridge and combinations thereof.

Additionally, Net Results alleges that, based upon the discovery reviewed to date and Pat Davis's certified response to Interrogatory No. 25, the above-referenced claims are being infringed by the handheld mine detectors, also known as the AN/PSS-14 and its

derivatives, and were purchased by the Defendant pursuant to the following contracts:

DAAK70-91-C-0048
DAAK70-92-C-0061
DAAB12-96-C-0014
DAAB12-96-C-0015
DAAB12-96-C-0023
DAAB15-01-C-0004
DAAB15-02-C-0015
DAAB15-03-C-0024
DAAB15-03-C-0025
W909MY-06-C-0030
W909MY-06-C-0030
W909MY-06-D-0001

Finally, based upon the discovery produced to date, Net Results states that the date of conception and the date of reduction to practice for each asserted claim is as follows.

While initial conception of Claims 1, 2, 3 and 5 occurred in December 1994, conception of these claims was completed on or around December 1995. Conception of claim 4 was completed in June 1996.

Each of the claims at issue was reduced to practice when the patent-in-suit application was filed in August of 1996.

Respectfully submitted,

Dated: August 27, 2007

s/ Thomas O. Mason

THOMAS O. MASON
Williams Mullen
8270 Greensboro Drive
Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2007, I caused the foregoing Net Results, Inc.'s Initial Disclosure of Asserted Claims to be served via first-class U.S. mail, postage pre-paid, upon:

John A. Hudalla, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Washington, DC 20530
(202) 307-0345 (facsimile)

Counsel for Defendant The United States

s/ Thomas O. Mason
Thomas O. Mason