IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO**
**AMEND THE JULY 25, 2007 SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff Net Results, Inc., moves to amend the scheduling order of July 25, 2007, to extend the date by which the Plaintiff's Claim Chart & Claim Construction Statement and Defendant's Response to Claim Chart & Claim Construction Statement are due. Specifically, Plaintiff wishes to extend both deadlines by seven (7) days, so that Plaintiff's Claim Chart & Construction Statement would now be due on November 28, 2007 and Defendants Response to Claim Chart & Claim Construction Statement would now be due on January 28, 2007.

Counsel for Plaintiff has conferred with counsel for Defendant. Counsel for Defendant concurs with Plaintiff's request.

## Conclusion

For the reasons stated above, Plaintiff respectfully requests that this Unopposed Motion to Amend the Scheduling Order be granted.

Respectfully submitted,

THOMAS O. MASON
RACHEL L. SEMANCHIK
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2007, I caused the foregoing Plaintiff's Unopposed Motion to Amend the July 25, 2007 Scheduling Order to be served via facsimile and first class mail upon:

John A. Hudalla
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Washington, DC 20530
(202) 307-0345 (facsimile)

Counsel for Defendant The United States

Rachel L. Semanchik