# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: November 27, 2007)

**************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**************************************************

## ORDER

The Plaintiff's unopposed **Motion to Amend this Court's July 25, 2007, Scheduling Order** (by seven days) filed November 20, 2007, is hereby **GRANTED**. The parties' proposed **patent claim construction proceedings schedule is amended as follows**:

-- Plaintiff's Claim Chart & Claim Construction Statement is due by **November 28, 2007.**

-- Defendant's Response to Claim Chart & Claim Construction Statement is due by **January 28, 2008.**

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge