IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Disclosure of Expert Opinions**

Pursuant to Rule 26(a)(2) of the Rules of the United States Court of Federal Claims (RCFC), plaintiff Net Results, Inc., by counsel, submits the Expert Report of Dean L. Mensa, attached hereto as Exhibit A.

Respectfully submitted,

THOMAS O. MASON
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2008, I caused the foregoing Plaintiff's Disclosure of Expert Opinions to be served via first class mail and electronic transmission upon:

John A. Hudalla
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Washington, DC 20530
(202) 307-0345 (facsimile)

Counsel for Defendant The United States

Thomas O. Mason

1552863v1