# RESUME

Name: Dean L. Mensa
Address: 181 Hillway Circle, Ventura, CA 93003
Telephone: (805)642-3545, FAX (805)642-0843
Date of Birth: 13 March 1939

## EDUCATION

BS Engineering UCLA 1962
MS Electrical Engineering UCLA 1964
Ph.D. Electrical Engineering UCSB 1980

## SECURITY CLEARANCE

Top Secret, SBI

## PROFESSIONAL EXPERIENCE

1997-Present Jacobs-Sverdrup Technology. Provide independent engineering to Naval Air Warfare Center in the areas of Radar Cross Section (RCS) measurements, radar imaging, and RCS instrumentation.

1995-1997 Integrated Systems Analysts. Provide independent engineering consultant to Naval Air Warfare Center in the areas of RCS measurements, radar imaging, and RCS instrumentation.

1968-1994 GS-13/GM-15 Senior Technologist

Direct technical operations of Naval Air Warfare Center, Pt. Mugu radar reflectivity laboratory facilities in conducting test and analysis of backscattering of radar targets. Develop techniques for improving quality and scope of radar backscattering measurements from laboratory and field tests. Provide technical consultations to DoD and industrial agencies on development of techniques and facilities for radar signature measurement, analysis, and control. Prepare proposals and technical documents for investigations of radar reflectivity characteristics of tactical and test targets. Develop high-resolution radar imaging systems using linear-FM systems and their application to determine electromagnetic scattering characteristics of radar targets. Apply and interpret radar imaging techniques to the development of low-observable air vehicles

1961-1968 GS-7/12 Electronics Engineer

Perform analyses of radar circuits to evaluate reliability. Design fire-control radar modifications to improve performance. Perform laboratory simulations studies to determine effect of target noise on air-air missile accuracy. Plan, direct, perform efforts to evaluate performance of airborne radar sensors. Define air-air missile system capabilities by simulation methods.

1957-1961 GS-2/5 Engineering Aide

Variety of work assignments complying with requirements of Student Engineering Development program.

## AWARDS

2007-Antenna Measurement Techniques Association Edmond S. Gillespie Fellowship
1995- Antenna Measurement Techniques Association Distinguished Achievement Award
1994- Navy Meritorious Civilian Service Award
1987- Pacific Missile Test Center Fellow Award
1986- Bob Fries Chair in Radar Cross Section Measurement Technology
1983- Manuel Garcia Memorial Professional Award
1982- Pacific Missile Test Center Professional of the Year Award
1982- Ventura County Sigma XI Chapter Award for Outstanding Research

## PROFESSIONAL SOCIETIES

IEEE Senior Member

## PUBLICATIONS

### BOOKS

High Resolution Radar Cross-Section Imaging (Artech 1991)
High Resolution Radar Imaging (Artech 1981)

**PAPERS**

Design Issues for a Maverick RCS Instrumentation Radar, Proc. of the 2006 Antenna Measurement Techniques Association Symposium.

Extension of Compact Range Test Zone by Taper Compensation, Proc of the 2002 Antenna Measurement Techniques Association Symposium.

Clutter and Noise Reduction in RCS Measurements by Spatial Filtering, Proc of the 2000 Antenna Measurement Techniques Association Symposium.

RCS Measurements of L.O. Features on a Test Body, Proc. of the 1999 Antenna Measurement Techniques Association Symposium.

Normalization and Interpretation of Radar Images, IEEE Trans. on Antenna and Propagation, vol.46, no. 4, April 1998.

Three-dimensional Imaging from Compact Range Data, Proc. of the 1998 Antenna Measurement Techniques Association Symposium.

Radar Image Normalization and Interpretation, Proc. of the 1997 Antenna Measurement Techniques Association Symposium.

Indoor Low Frequency Radar Cross Section Measurements at VHF/UHF Bands, Proc. of the 1996 Antenna Measurement Techniques Association Symposium.

Near-field to Far-field Transformation for RCS Measurements, Proc. of the 1995 Antenna Measurement Techniques Association Symposium.

A Generalized Viewpoint of Radar Imaging, Proc. of the 1994 Workshop on Modern Imaging and Diagnostic Techniques for RCS and Antennas. Sponsored by Antenna Measurements Techniques Association and IEEE Antennas and Propagation Society.

Millimeter Wave RCS Measurement Technology, Proc. of the 1994 Antenna Measurement Techniques Association Symposium.

Non-Linear Windowing for ISAR Images, Proc. of the 1994 Antenna Measurement Techniques Association Symposium.

Minimum Time for RCS Measurements, Proc. of the 1993 Antenna Measurement Techniques Association Symposium.

Surface Wave Scattering of the MQM-107 Drone Target, Proc. of the 1992 IEEE Antennas and Propagation Society Symposium.

Radar Imaging, International Journal of Imaging Systems and Technology, Vol. 4, 148-163, 1992.

Applicability of Maximum Entropy Methods to RCS Analysis, Proc. of the 1992 Antenna Measurement Techniques Association Symposium.

Aspects of Image Editing, Proc. of the 1991 Antenna Measurement Techniques Association Symposium.

Global and Local Features of Wide-Band RCS Signatures, Proc. of the 1990 Antenna Measurement Techniques Association Symposium.

Diagnostic Imaging of Targets with Rotating Structures, Proc. of the 1989 Antenna Measurement Techniques Association Symposium.

Interpretation of Two-Dimensional RCS Images, Proc. of the 1988 Antenna Measurement Techniques Association Symposium.

Editor, Proc. of the 1988 Workshop on RCS Imaging, Sponsored by the Antenna Measurements Techniques Association and IEEE Antennas and Propagation Society.

Two-Dimensional RCS Image Focusing, Proc. of the 1987 Antenna Measurement Techniques Association Symposium.

Wide-Band Radar Cross-Section Diagnostic Measurements, IEEE Transactions on Instrumentation and Measurements, Vol. IM33, No. 3, Sept. 1984.

Coherent Doppler Tomography for Microwave Imaging, Proc. of the IEEE, Vol. 71, No. 2, Feb. 1983.

Bistatic Synthetic-Aperture Radar Imaging of Rotating Objects, IEEE Transactions on Aerospace and Electronic Systems, Vol. AES-18, No. 4, July 1982.

Aperture Synthesis by Object Rotation in Coherent Imaging, IEEE Transactions on Nuclear Science, Vol. NS-27, No. 2, April 1980.

Pulse Echo and Doppler Reconstructive Tomography, presented at the 1980 International Optical Computer Conference.

Acoustic Echo Computer Tomography, "Acoustic Imaging", Vol. 8, Ed. A.F. Metherell, Plenum Press, N.Y., 1979.

## TECHNICAL REPORTS

150 Technical Reports dealing with classified and unclassified topics.

## TEACHING EXPERIENCE

Annual four day course "High-Resolution Microwave Imaging: Principles and Applications" UCLA.

Annual participation in five day course "Synthetic Aperture Radar: Design, Processing and Applications" UCLA.

Annual participation in five day course "Antenna Measurements" California State University, Northridge.

In plant three day course "High Resolution Radar Imaging" TRW, McDonnell Douglas, General Dynamics, Randtron, Northrop, Naval Air Warfare Center, Naval Surface Warfare Center, RATSCAT Holloman AFB, Joint European Research Center, Italy.

Tutorial "Radar Imaging for RCS Applications" 1997 Antenna Measurement Techniques Association Symposium.

Tutorial "Radar Imaging" 1990 and 1995 IEEE International Radar Symposium.

Adult Education Series on Electronic Technology, Ventura City College, 1965-1968

## PATENTS

#6,529,157 Radar Signature Evaluation Apparatus, March 2004.

#5,384,458 Photonic Electromagnetic Field Sensor for Use in a Missile, Jan. 1995.

#5,243,186 Photonic Electromagnetic Field Sensor Apparatus, Sept. 1993.

#4,531,128 Buoyant Radar Reflector, July 1985.

#3,500,257 Passive R-C Integrator with Essentially Linear Output, March 1970.

#3,495,081 Real-Time Median Computing System, Feb. 1970.

Navy Case #71,143 Portable Doppler CW-Radar Calibrator, Navy Technical Disclosure Bulletin, Vol. 14, No. 1 Dec. 1988.