IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO**
**AMEND SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, moves to amend the scheduling order of July 25, 2007, as modified by the court's order of November 27, 2007, in accordance with revised dates set forth below. Defendant's counsel has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to the modifications proposed herein.

The requested amendment to the scheduling order was necessitated by plaintiff's recent notice to defendant that it intended to utilize the expert testimony of Dr. Dean Mensa during the scheduled claim construction proceedings. Plaintiff first provided that notice as part of its Claim

Construction Statement served on November 28, 2007.[1] At that time, however, plaintiff had neither provided defendant with an expert report nor made Dr. Mensa available for a deposition. Furthermore, neither the court's orders nor the parties' communications contemplated expert discovery during claim construction. Defendant objected to this situation in a letter dated December 3, 2007, and requested that plaintiff propose a schedule for providing an expert report and for making Dr. Mensa available for a deposition.

Over the next several weeks, counsel for the parties conferred in an effort to reconfigure the claim construction schedule to accommodate expert discovery. Today, plaintiff served Dr. Mensa's expert report[2], and plaintiff has tentatively proposed that Dr. Mensa will be made available for a deposition on February 20, 2008. Plaintiff has also indicated that it would not object to defendant seeking additional time in the claim construction proceedings to accommodate expert discovery. In addition,

---

[1] Plaintiff's Statement actually lists three experts, but plaintiff's counsel indicated in a telephone conference on November 30, 2007, that only Dr. Mensa would be providing expert testimony.

[2] Plaintiff improperly filed the expert report with the court. Defendant believes it should be stricken from the court's docket.

the parties have agreed to the following schedule for completing the claim construction proceedings:

| | |
|---|---|
| Defendant's Response to Claim Chart & Claim Construction Statement | Friday, April 18, 2008 |
| Claim Construction Meet and Confer | Friday, June 6, 2008 |
| Joint Claim Construction Statement | Friday, June 20, 2008 |
| Plaintiff's Opening Brief for Claim Construction Hearing | Monday, July 21, 2008 |
| Defendant's Responsive Brief for Claim Construction Hearing | Wednesday, August 20, 2008 |
| Plaintiff's Reply Brief for Claim Construction Hearing | Thursday, September 4, 2008 |

Defendant respectfully requests that the court modify its previous scheduling orders to reflect these revised dates.

Defendant has not yet decided whether it will be utilizing expert testimony, affirmatively or in rebuttal to Dr. Mensa, during claim construction. Should defendant chose to do so, defendant will provide its expert report no later than the date of filing for its claim construction statement, April 18, 2008. Defendant will also endeavor to make any expert available for deposition by late May 2008. The proposed schedule provides a window of time in which plaintiff could take such a deposition.

Finally, the proposed schedule takes into account the anticipated unavailability of defendant's counsel for approximately 2-3 weeks in late April/early May 2008.

## Conclusion

For the reasons stated above, defendant respectfully requests that this Unopposed Motion to Amend the Scheduling Order be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

s/John A. Hudalla
JOHN A. HUDALLA
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Telephone: (202) 307-0334
Facsimile: (202) 307-0345

Of Counsel:
GARY L. HAUSKEN
Attorney
U.S. Department of Justice

January 10, 2008

Attorneys for Defendant