# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: January 15, 2008)

**************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**************************************************

## ORDER

The Defendant's unopposed Motion to Amend Scheduling Order filed January 10, 2008, regarding the parties' **patent claim construction proceedings schedule is GRANTED as follows**:

-- Defendant's Response to Claim Chart & Claim Construction Statement due by **April 18, 2008**;

-- Claim Construction Meet & Confer due by **June 6, 2008**;

-- Joint Claim Construction Statement due by **June 20, 2008**;

-- Plaintiff's Opening Brief for Claim Construction Hearing due by **July 21, 2008**;

-- Defendant's Response Brief for Claim Construction Hearing due by **August 20, 2008**;

-- Plaintiff's Reply brief for Claim Construction Hearing due by **September 4, 2008**; and

-- **The Claim Construction Hearing will be scheduled by the Court once the Claim Construction Briefing is completed.**

IT IS SO ORDERED.

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir