IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**Motion to Strike from the Record**
**Plaintiff's Disclosure of Expert Opinions**

Plaintiff Net Results, Inc., by counsel, submits this Motion to Strike from the Record Plaintiff's Disclosure of Expert Opinions. Plaintiff inadvertently filed the Expert Report of Dean L. Mensa with the Court, in addition to serving it upon Defendant The United States. Because the Court has not ordered the filing of expert reports and no motion is presently pending for the Court's consideration of an expert report, pursuant to Rule 5(d) of the Rules of the United States Court of Federal Claims, filing of Dr. Mensa's expert report is not warranted. Therefore, Plaintiff respectfully requests that the Court remove Plaintiff's Disclosure of Expert Opinions from the Court's file.

Respectfully submitted,

Thomas O. Mason (by Francis E. Purcell, Jr.)

THOMAS O. MASON
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2008, I caused the foregoing Motion to Strike from the Record Plaintiff's Disclosure of Expert Opinions to be served via first-class mail and electronic transmission upon:

John A. Hudalla
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Washington, DC 20530
(202) 307-0345 (facsimile)

Counsel for Defendant The United States

Elizabeth Baldwin
Elizabeth Baldwin

1556186v1