IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO**
**AMEND SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, moves to amend the scheduling order of July 25, 2007, as modified by the court's orders of November 27, 2007, and January 15, 2008. Defendant's Response to Plaintiff's Claim Chart and Defendant's Claim Construction Statement are presently due on April 18, 2008. Defendant seeks to extend the deadline for serving these papers by seven days to April 25, 2008. By agreement of the parties, defendant also intends to serve the Expert Report of Professor Lloyd Riggs on the same day. Defendant's counsel has conferred with plaintiff's counsel, and plaintiff's counsel indicated that plaintiff will not oppose the instant motion for an extension of time.

## Conclusion

For the reasons stated above, defendant respectfully requests that this Unopposed Motion to Amend the Scheduling Order be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

s/John A. Hudalla
JOHN A. HUDALLA
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Telephone: (202) 307-0334
Facsimile: (202) 307-0345

Of Counsel:
GARY L. HAUSKEN
Attorney
U.S. Department of Justice

April 16, 2008

Attorneys for Defendant