# In the United States Court of Federal Claims

Case No. 04-1376C
(Filed: April 17, 2008)

**************************************************
NET RESULTS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**************************************************

## ORDER

The Defendant's unopposed **Motion to Amend Scheduling Order (by 7 days)** filed April 16, 2008, regarding the parties' **patent claim construction proceedings schedule is hereby GRANTED.** Defendant's Response to Plaintiff's Claim Chart and Defendant's Claim Construction Statement shall be filed by **April 25, 2008.**

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge