**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NET RESULTS, INCORPORTED | ) | |
| | ) | |
| | ) | COFC No. 04-01376 C |
| Plaintiff, | ) | (Judge Lawrence M. Baskir) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Net Results, Inc. ("Plaintiff"), by and through counsel, respectfully requests this honorable Court to grant Plaintiff an enlargement of time in which to file the parties' Joint Claims Construction Statement ("Statement") pursuant to Court of Federal Claims Rule 6.1. The parties' Statement presently is due to be filed with the Court on Friday, June 20, 2008. Plaintiff seeks an enlargement of time of two (2) business days in which to file its response, to Tuesday, June 24, 2008. Plaintiff seeks this request based upon the unavailability of one of Plaintiff's counsel who is necessary to coordinate Plaintiff's response. Plaintiff's counsel has discussed this request for enlargement of time with counsel of record for Defendant United States of America ("Defendant"), John A. Hudalla, who stated that Defendant will not oppose this motion. Plaintiff has not previously sought a request for enlargement in relation to its response to the parties' Statement.

Respectfully submitted,

___/s/ Thomas O. Mason_____

Thomas O. Mason
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff

OPPOSING COUNSEL:
John A. Hudalla
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Washington, DC 20530
Phone:
Fax: 202.307.0345

Dated: June 20, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2008, I caused the foregoing Plaintiff's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Thomas O. Mason__

1622565v1