IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to paragraph 12(b) of the Court's Special Procedures Order (SPO) for Cases Under 28 U.S.C. § 1498(a) and the court's Order of January 15, 2008, plaintiff, Net Results, Inc., and defendant, the United States, hereby file this Joint Claim Construction Statement. The parties have met and conferred on multiple occasions to finalize a list of patent claim term constructions on which the parties agree (attached as Appendix A) and a list of patent claim terms for construction by the court (Attached as Appendix B) for certain terms in asserted claims 1, 2, and 5 of U.S. Pat. No. 5,680,048, the patent-in-suit.

Paragraph 12(b)(iii) of the SPO requests that the parties state their available dates for the claim construction hearing. The parties anticipate that the claim construction hearing will last no more than two days.

Although the parties are mindful of the court's statement in its January 15, 2008, Order that "[t]he Claim Construction Hearing will be scheduled by the Court once the Claim Construction Briefing is completed," the parties are available for a hearing on the following dates:

October 28 and 29, 2008

November 4 and 5, 2008

In accordance with paragraph 12(b)(iv) of the SPO, the parties do not intend to call any witnesses at the claim construction hearing.

Respectfully submitted,

Dated: June 24, 2008

s/ Thomas O. Mason
THOMAS O. MASON
Williams Mullen
8270 Greensboro Drive
Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

GREGORY G. KATSAS
Acting Assistant Attorney General

JOHN FARGO
Director

Dated: June 24, 2008

s/ John A. Hudalla
JOHN A. HUDALLA
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0334
Facsimile: (202) 307-0345

Counsel for Defendant

Of Counsel:
GARY L. HAUSKEN
Attorney
U.S. Department of Justice