| Claim Term or Phrase | Agreed Construction |
|---|---|
| signal processor | A device that processes signals and provides output. |
| ground penetrating radar system | A system for detecting anomalies in or on the ground by transmitting electromagnetic energy and receiving reflected energy. |
| in communication with | Transmitting to and/or receiving from. |
| transmitter | A device that provides an electromagnetic signal to an antenna. |
| receiver | A device that receives and converts an electromagnetic signal from an antenna. |
| antenna | A conductor by which electromagnetic waves are sent out or received. |
| metal detector system | A system for detecting metal. |
| field of view | The area of the ground over which the system is responsive. |
| stepped continuous wave | A ground penetrating radar system that transmits an electromagnetic waveform over a range of frequencies that is changed in predetermined steps. |
| impulse | A ground penetrating radar system that transmits an impulse waveform. |
| pulse | A ground penetrating radar system that transmits a pulse waveform. |
| swept FM | A ground penetrating radar system that transmits an electromagnetic waveform |

| Claim Term or Phrase | Agreed Construction |
| --- | --- |
| | that traverses a range of frequencies. |
| continuous wave | A ground penetrating radar system that transmits an electromagnetic waveform of a constant amplitude and frequency. |
| monostatic | A radar system having a single antenna for both receiving and transmitting. |
| bistatic | A radar system having separate receiving and transmitting antennas. |
| balance bridge | A radar system in which anomalies in the ground are detected when an electromagnetically balanced condition between antenna elements is disturbed. |