| Claim Term or Phrase | Plaintiff's Construction (with support from Plaintiff's Claim Construction Statement) | Defendant's Construction (with support from Defendant's Claim Construction Statement) |
|---|---|---|
| 1. mine detection system | **<u>Proposed Construction:</u>** A system that detects mines with a high probability of detection, low probability of false alarms and a reasonable scan rate.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1 – 19<br>3: 43-56<br>[[A] "mine detection system" is a system that detects mines. This specifically includes the system comprising the various elements of claim 1, as they are described in claim 1, for the purpose of mine detection. The mine detection system is described in the specification as "a device for accurately detecting metallic and non-metallic mines on, flush and below a surface." Col. 3, ll. 44-46.<br><br>The mine detection system is also described in specification as "a device for accurately detecting metallic with, or non-metallic objects on, flush and below a | **<u>Proposed Construction:</u>** A system that detects mines.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1-19.<br>1:8-2:1; 3:43-46.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4.<br><br>**<u>Extrinsic Evidence:</u>**<br>detect: "2: to discover or determine the existence, presence, or fact of". <u>Meriam-Webster's Collegiate Dictionary</u> 315 (10th ed. 1994).<br><br>mine: "3: an encased explosive designed to destroy enemy personnel, vehicles, or ships". <u>Meriam-Webster's Collegiate Dictionary</u> 740 (10th ed. 1994).<br><br>system: "1: a regularly interacting or interdependent group of items forming a unified |

| | | |
|---|---|---|
| 1. mine detection system (cont'd) | surface with, or/or [sic] obstructed by an interfering surface." Col. [sic, 3], ll. 47-50.<br>The specification also notes that the object of the invention is "to reduce false alarms while searching for these objects." Col. 3, ll. 51-52. The specification describes another object of the invention is to "provide improved elements and arrangements thereof in an apparatus for the purpose described which is inexpensive, dependable and fully effective in accomplishing it [sic] intended purpose." Col. 3, ll.53-56. This is the mine defection system enabled for independent Claim 1 as well as dependent Claims 2 and 5.] | whole: as d: a group of devices or artificial objects or an organization forming a network esp. for distributing something or serving a common purpose". Meriam-Webster's Collegiate Dictionary 1197 (10th ed. 1994).<br>t forms the basis of this dispute demonstrates system: "A complex of conductors, components and equipments interconnected so as to perform a particular function." Dictionary of Electronics 314 (3rd ed. 1996).<br><br>mine detector: "An electronic device for the detection of buried explosive mines (or buried metal) depending on the change in the electromagnetic coupling between coils in the search head." Dictionary of Science and Technology 706 (1995). |

| | | |
|---|---|---|
| 2. housing | **Proposed Construction:** A protective enclosure for containment of an apparatus used to prevent damage in handling or operation.<br><br>**Supporting Evidence:**<br>Claims 1- 19.<br>FIGS. 1, 3-9. | **Proposed Construction:** A cover.<br><br>**Supporting Evidence:**<br>Claims 1, 6, 8.<br>FIGS. 1, 3-9.<br>2:39; 5:65-66; 6:6-7; 6:14-15; 6:23-24; 6:35-36; 6:52-53. |

| | | |
|---|---|---|
| 2. housing (cont'd) | 2:10-22; 3:25-30;4:51-54; 5:64-6:1; 6:5-8;6:13-16; 6:21-24;6: 34-37;6:51-54. | **Prosecution History:**<br>Examiner Interview Summary Record of February 13, 1997 (G013430).<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>**Extrinsic Evidence:**<br>W.T. Wollny Deposition, 179:11-182:10.<br><br>U.S. Pat. No. 4,225,711: FIG. 1; 8: 2-10.<br><br>housing: "3: something that covers or protects: as a: a case or enclosure (as for a mechanical part or an instrument" Meriam-Webster's Collegiate Dictionary 563 (10th ed. 1994).<br><br>housing: "Containment of apparatus to prevent damage in handing or operation." Dictionary of Science and Technology 538 (1995). |

| | | |
|---|---|---|
| 3. said metal detector coils concentrically surrounding said antenna | **Proposed Construction:** The metal detector coils and the antenna(s) have a common center point and are in the same horizontal plane. | **Proposed Construction:** The metal detector coils and the antenna are centered on a common axis and are located in basically the same space. |

<table>
<tr>
<td>3. said metal detector coils concentrically surrounding said antenna (cont'd)</td>
<td><u>Supporting Evidence:</u><br>Claims 1, 4.<br>2: 5-22; 6:3-4; 6:34-7:4<br><br>[The claims refer to "said metal detector coils concentrically surrounding said antenna" with concentric generally having its ordinary meaning. Claim 1. The specification includes particular or preferred embodiment terms, such as "co-boresighted" and "co-located," which have specific meanings in the context of the present invention. A boresight is a generally accepted term. "Co-boresighting the metal detector coils with the radar antenna aligns both sensors so that the centers of their respective fields of view are pointed at the same location." Col. 2, ll. 5-7. Co-locating is also a generally accepted term. "Co-locating the metal detector coils with the radar antenna places the coils and antenna in basically the same space in relative, physical alignment." Col. 2, ll. 11-22.<br>For example, in the embodiments show in Figures 3, 4, and 5, of the '048 Patent the antenna and coils are relatively oriented concentrically as shown, and therefore, the</td>
<td><u>Supporting Evidence:</u><br>Claim 1.<br>FIGS. 3, 4, 5, 6.<br>Abstract; 2:1-37; 5:64-6:50.<br><br><u>Prosecution History:</u><br>Examiner Interview Summary Record of February 13, 1997 (G013430).<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br><u>Extrinsic Evidence:</u><br>Riggs Report, pp. 8-9.<br><br>concentric: “1: having a common center” “2: having a common axis” <u>Meriam-Webster's Collegiate Dictionary</u> 238 (10th ed. 1994).</td>
</tr>
</table>

| | | |
|---|---|---|
| 3. said metal detector coils concentrically surrounding said antenna (cont'd) | lines of sight are coincident, e.g., Col. 6, ll. 3-4. Additionally, the radar antenna and metal detector coils in each of these Figures are both co-located and co-boresighted. Col. 2, ll. 5-10.<br>Co-location and co-boresighting the metal detector coils with the radar antennas is illustrative of "substantially similar" fields of view. This arrangement of elements is covered by the phrase "wherein said first field of view of said antenna is substantially similar to said second field of view" as recited in dependent Claim 2.<br>Claim 2 of the '048 Patent recites:<br>"The mine defection system according to Claim 1, wherein said first field of view of said antenna is substantially similar to said second field of view of said metal detector coils."<br>Other embodiments include configurations in which the antenna and coils are oriented differently, such that although they are co-located and concentric, they are not co-boresighted. Col. 6, ll. 34 - Col. 7, ll. 4. Instead, the line of sight may be "offset" for various effects. Offset simply means co-located and concentric, but not co-boresighted. This arrangement of elements | |

| | | |
|---|---|---|
| 3. said metal detector coils concentrically surrounding said antenna (cont'd) | is described by the term "offset" as recited in Claim 4, which is provided as a point of reference recognizing that Claim 4 is not currently asserted by Plaintiff.<br>Claim 4 of the '048 Patent recites:<br>"The mine detection system according to Claim 1, wherein said first field of view of said antenna is offset from said second field of view of said metal detector coils by a predetermined angle."] | |