Docket No. 12511.00

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#5/DD
2-18-97

IN THE APPLICATION OF:

APPLICANT : WALTER T. WOLLNY

SERIAL NO. : 08/699,353 ART UNIT: 2201

FILED : AUGUST 19, 1996 EXAMINER: W. SNOW

FOR : SURFACE PENETRATING OBJECT DETECTION SYSTEM

RECEIVED
FEB 13 1997

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, DC 20231

Sir:

ASSOCIATE POWER OF ATTORNEY AND APPOINTMENT OF AGENTS
37 C.F.R. 1.34(b)

Please recognize as Associate Attorneys in this case:

| | |
|---|---|
| John Remon Wenzel | Reg. No. 24,768 |
| Charles K. Friedman | Reg. No. 39,195 |
| Edwin V. Merkel | Reg. No. 40,087 |
| Leonid D. Thenor | Reg. No. 39,397 |

Please recognize as Associate Agents in this case:

| | |
|---|---|
| Dolph H. Torrence | Reg. No. 34,501 |
| George T. Ozaki | Reg. No. 33,081 |
| Carl L. Benson | Reg. No. 38,378 |
| Warren S. Edmonds | Reg. No. 39,642 |
| Donald E. Watkins | Reg. No. 37,074 |
| Todd R. Miller | Reg. No. 40,092 |

The addresses and phone numbers of the above Attorneys and Agents are the same as that of the undersigned Principal Attorney.

All previous Associate Powers are hereby revoked.

Please address all correspondence in this application to the undersigned Principal Attorney.

Respectfully submitted,

Richard C. Litman

Richard C. Litman
Registration No. 30,868
LITMAN LAW OFFICES, LTD.
P.O. Box 15035
Arlington, VA 22215
(703) 486-1000

RCL:trm

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000



EXHIBIT
tabbies
4

G 013431

Docket No. 1251?.00

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#6/A
2-18-97

IN THE APPLICATION OF:

APPLICANT : WALTER T. WOLLNY

SERIAL NO.: 08/699,353 ART UNIT: 2201

FILED : AUGUST 19, 1996 EXAMINER: W. SNOW

FOR : SURFACE PENETRATING OBJECT DETECTION SYSTEM

BOX NON-FEE AMENDMENT
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

RECEIVED
FEB 13 1997

AMENDMENT AND RESPONSE

Sir:

This communication is responsive to the Office Action dated January 16, 1997, the time for responding thereto being on or before April 16, 1997.

Please amend the above-identified application as follows:

IN THE SPECIFICATION

Please delete the title of the application, "Surface Penetrating Object Detection System" (each occurrence), and insert --Mine Detecting Device Having A Housing Containing Metal Detector Coils And An Antenna--.

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000



116

G 013432

Serial No.: 08/699,353
Art Unit : 2201

Docket No. 12511.00

Page 2, line 15, after "using", delete "non-contacting";

line 15, after "radar", insert --system--;

line 16, after "detector", insert --system,--;

line 16, after "radiometer", insert --supported by a wand raised above a ground surface--.

Page 5, line 9, delete "and", and insert --with, or--.

Page 7, line 9, delete "and" (second occurrence), and insert --with, or--;

line 10, delete "and" (first occurrence), and insert --with, or--.

Page 8, line 25, after "radiometer", delete "," (comma).

Page 9, line 17, delete "users", and insert --user's--.

Page 10, line 2, after "flush", insert --with,--.

Page 22, line 1 (after the heading, "Abstract of the Disclosure"), after "device", delete "detecting";

line 7, after "co-boresighted", insert --and/or co-located--;

line 19, delete "also".

UTMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000



117

Docket No. 12511.00

Serial No.: 08/699,353
Art Unit : 2201

IN THE CLAIMS

A1

1. *(Amended)* [An object] A mine detection system comprising:

a wand having a first end and an opposite second end;

a housing mounted onto said first end of said wand;

a signal processor supported by said wand;

a ground penetrating radar system in communication with said signal processor, said radar system including a transmitter, a receiver, and an antenna, said antenna having a first field of view; and

a metal detector system [and a multi-sensor module including at least one radar antenna and] in communication with said signal processor, said metal detector system including metal detector coils, said metal detector coils having a second field of view;

said [at least one radar] antenna and said metal detector coils being [co-located in] contained within said [multi-sensor module] housing, said metal detector coils concentrically surrounding said antenna.

2. *(Amended)* The [object] mine detection system according to claim 1, wherein said [at least one radar antenna and said metal detector coils are co-boresighted in said multi-sensor module] first field of view of said antenna is substantially similar to said second field of view of said metal detector coils.

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000



118

Serial No.: 08/699,353
Art Unit : 2201

Docket No. 12511.00

3. *(Amended)* The [object] mine detection system according to claim 1, wherein said [at least one radar] antenna is selected from the group consisting of co-polarized, cross polarized, dual polarized, circularly polarized, [or a combination] and combinations thereof.

4. *(Amended)* The [object] mine detection system according to claim 1, wherein said [radar system is selected from the group consisting of stepped continuous wave, impulse, pulse, swept FM, or continuous wave] first field of view of said antenna is offset from said second field of view of said metal detector coils by a predetermined angle.

A1

5. *(Amended)* The [object] mine detection system according to claim [4] 1, wherein said radar system is selected from the group consisting of stepped continuous wave, impulse, pulse, swept FM, continuous wave, monostatic, bistatic, balance bridge [or a combination] and combinations thereof.

6. *(Amended)* [An object] A mine detection system comprising:

a wand having a first end and an opposite second end;

a housing mounted onto said first end of said wand;

a signal processor supported by said wand;

a ground penetrating radar system in communication with said signal processor, said radar system including a transmitter, a

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000

Serial No.: 08/699,353
Art Unit : 2201

Docket No. 12511.00

receiver, and [a radar] an antenna, said [radar] antenna being contained within said housing and including [at least one] an antenna feed and a collimation [device] lens for producing a collimated beam, said antenna feed being mounted onto said lens; and

a metal detector system in communication with said signal processor, said metal detector system including metal detector coils contained within said housing.

A1

7. *(Amended)* The [object] mine detection system according to claim 6, wherein said [at least one radar] antenna is selected from the group consisting of co-polarized, cross polarized, dual polarized, circularly polarized, [or a combination] and combinations thereof.

8. *(Amended)* The [object] mine detection system according to claim 6, [wherein said radar system is selected from the group consisting of stepped continuous wave, impulse, pulse, swept FM, or continuous wave] further including a lens support and spacer contained within said housing for supporting said lens.

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000

Serial No.: 08/699,353
Art Unit : 2201

Docket No. 12511.00

9. *(Amended)* The [object] mine detection system according to claim [8] 6, wherein said radar system is selected from the group consisting of stepped continuous wave, impulse, pulse, swept FM, continuous wave, monostatic, bistatic, balance bridge [or a combination] and combinations thereof.

10. *(Amended)* The [object] mine detection system according to claim 6, wherein said collimation [device is selected from the group consisting of] lens is spherical [lens, planar dielectric lens or parallel plate lens].

A1

11. *(Amended)* The [object] mine detection system according to claim 10, wherein said [collimation device is configured as a spherical lens] antenna feed is mounted onto said spherical lens at an angle offset from vertical.

12. *(Amended)* The [object] mine detection system according to claim 11, [wherein said at least one antenna feed is a single antenna feed] further including a radiometer in communication with said signal processor and said antenna feed.

13. *(Amended)* The [object] mine detection system according to claim [11] 10, wherein [said at least one antenna feed includes] two antenna feeds are mounted onto said lens.

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000



121

Serial No.: 08/699,353
Art Unit : 2201

Docket No. 12511.00

14. *(Amended)* The [object] mine detection system according to claim 13, wherein said two antenna feeds are configured to operate within [the same] identical frequency [band] bands.

15. *(Amended)* The [object] mine detection system according to claim 13, wherein said two antenna feeds are configured to operate in different frequency bands[, to increase the] for increasing operational bandwidth of [the] said radar system.

16. *(Amended)* The [object] mine detection system according to claim [11] 10, wherein [said at least one antenna feed includes at least] three antenna feeds are mounted onto said lens.

17. *(Amended)* The [object] mine detection system according to claim 16, wherein said three [or more] antenna feeds are configured to operate within [the same] identical frequency [band] bands.

18. *(Amended)* The [object] mine detection system according to claim 16, wherein said three [or more] antenna feeds are configured to operate in different frequency bands[, to increase the] for increasing operational bandwidth of [the] said radar system.

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000

Serial No.: 08/699,353
Art Unit : 2201

Docket No. 12511.00

19. *(Amended)* The [object] <u>mine</u> detection system according to claim 16, including a radiometer[, said radiometer] utilizing said [at least] three antenna feeds to produce an array of contiguous beams perpendicular to a scan direction.

A1

Please cancel Claim 21 without prejudice.

REMARKS

By the present amendment, Applicant has amended Claims 1-19; and cancelled Claim 21. Claims 1-20 remain pending in the present application. Claims 1, 6, and 20 are independent claims.

*<u>The Interview</u>*

Applicant appreciates the courtesies extended to Applicant's representative and Applicant during the personal interview held February 13, 1997. The present response summarizes the agreement reached. At the interview, a proposed amendment to the Specification and Claims 1-19 was presented.

Proposed amended independent Claim 1 sets forth a housing mounted onto a wand; a signal processor supported by the wand; a radar system in communication with the signal processor and having a transmitter, a receiver, and an antenna; and a metal detector system in communication with the signal processor and having metal detector coils, wherein the metal detector coils are concentrically surrounding the antenna within the housing.

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000

Proposed amended independent Claim 6 sets forth a housing mounted onto a wand; a signal processor supported by the wand; a radar system in communication with the signal processor and having a transmitter, a receiver, and an antenna, wherein the antenna includes an antenna feed and a collimation lens for producing a collimated beam within the housing; and a metal detector system in communication with the signal processor and having metal detector coils within the housing.

Arguments were advanced that the applied prior art of record neither shows nor suggests the particular combination of structural elements as set forth in proposed amended independent Claims 1 and 6. The Examiner agreed that the proposed amended claims defining the housing containing the metal detector coils and ground radar connected to the processor with a wand would define Applicant's invention over the prior art of record.

*The Office Action*

In the recent Office Action (Paper No. 3), the Examiner objected to the title of the invention. The Examiner rejected Claims 3, 5, 7, and 9 under 35 U.S.C. § 112, second paragraph, as being indefinite. Claims 1, 3-10, and 21 were rejected under 35 U.S.C. § 102(b) as being anticipated by Butler *et al.* Claims 1, 2, and 21 were rejected under 35 U.S.C. § 102(b) as being anticipated by Sonoda. Claims 11-18 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Butler *et al.* The indication by the

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000

Examiner that Claim 20 is allowed and that Claim 19 would be allowable if rewritten in independent form including all of the limitations of the base claim and of any intervening claims is noted with appreciation.

*The Non-Art Based Rejection*

The Examiner objected to the title of the invention as not being descriptive. Applicant has amended the title of the invention throughout the application to read "Mine Detecting Device Having A Housing Containing Metal Detector Coils And An Antenna". The Examiner rejected Claims 3, 5, 7, and 9 under 35 U.S.C. § 112, second paragraph, for the instant claims' phrase "or a combination thereof". Applicant has amended this phrase to read "and combinations thereof" in compliance with Markush practice. Applicant respectfully submits that Claims 3, 5, 7, and 9, as amended, meet the specific requirements of 35 U.S.C. § 112, second paragraph.

*The Art-Based Rejection*

The Examiner rejected Claims 1, 3-10, and 21 under 35 U.S.C. § 102(b) as being anticipated by Butler *et al*. Claims 1, 2, and 21 were rejected as being anticipated by Sonoda. Furthermore, Claims 11-18 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Butler *et al*.

Applicant has amended independent Claim 1 to set forth a housing mounted onto a wand; a signal processor supported by the

LITMAN LAW
OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000



125

G 013441

wand; a radar system in communication with the signal processor and having a transmitter, a receiver, and an antenna; and a metal detector system in communication with the signal processor and having metal detector coils, wherein the metal detector coils are concentrically surrounding the antenna within the housing.

Applicant has amended independent Claim 6 to set forth a housing mounted onto a wand; a signal processor supported by the wand; a radar system in communication with the signal processor and having a transmitter, a receiver, and an antenna, wherein the antenna includes an antenna feed and a collimation lens for producing a collimated beam within the housing; and a metal detector system in communication with the signal processor and having metal detector coils within the housing.

As agreed upon during the interview, Applicant respectfully submits that the prior art of record neither shows nor suggests the particular combination of elements as set forth in amended independent Claims 1 and 6. For at least this reason, amended Claims 1-19 are allowable over the prior art applied of record.

With regard to the Examiner's prior art rejection of independent Claim 21, Applicant has cancelled the instant claim thereby rendering this rejection moot.

UTMAN LAW
OFFICES, LTD.
P.O. BOX 16035
ARLINGTON, VA 22215
(703) 486-1000

Docket No. 12511.00

Serial No.: 08/699,353
Art Unit : 2201

*The Drawings*

Applicant notes that the Notice of Draftsperson's Patent Drawing Review, Form PTO-948, has not been included in the recent Office Action. Applicant requests that this attachment be included in the next Office Action.

**Summary**

For the foregoing reasons, Applicant respectfully submits that the present application is in condition for allowance. If such is not the case, the Examiner is requested to kindly contact the undersigned in an effort to satisfactorily conclude the prosecution of this application.

Respectfully submitted,

Richard C. Litman
Registration No. 30,868
(703) 486-1000

RCL:trm

LITMAN LAW OFFICES, LTD.
P.O. BOX 15035
ARLINGTON, VA 22215
(703) 486-1000



127

G 013443