# EXPERT REPORT BY LLOYD S. RIGGS

I. Summary of Defined Tasks

I am currently under contract to the U. S. Department of Justice (Civil Division) to provide an opinion report. The attorney assigned to the case is Mr. John A. Hudalla. In reference to the above case, I was asked by Mr. Hudalla to review U. S. Patent 5,680,048; Inventor: Walter Thomas Wollny.

I was further instructed by Mr. Hudalla that my review should focus on defining the level of knowledge of a person of ordinary skill in the art at the time of the subject patent filing date of August 19, 1996. Mr. Hudalla asked that I consider the type of problems encountered in the prior art as well as the solutions to those problems. He also asked me to address the rapidity in which innovations were made and the general level of prior art sophistication of technology. Finally, regarding the prior art, Mr. Hudalla asked me to define the educational level of an ordinary worker in the field of the invention.

Since the patent claims define the invention to which the patentee has right to exclude, I was instructed by Mr. Hudalla to give particularly close attention to the claims section of the patent. Specifically, I was instructed by Mr. Hudalla to review, elaborate upon, and provide definitions of certain specific terms in claims 1, 2, and 5. I was informed by Mr. Hudalla that the words of a claim are generally given their ordinary and customary meaning. Further elaborating, I was informed that the ordinary and customary meaning of a term should be interpreted as the meaning given by a person of ordinary skill in the art at the time of the patent filing date of August 19, 1996. I was instructed by Mr. Hudalla to, whenever possible; draw my opinions and definitions from the patent intrinsic evidence which is that body of literature consisting of the patent, the references and other publications cited in the patent, and the patent prosecution history. I was instructed that extrinsic evidence (that evidence outside the claims, specifications, and prosecution history) is less important in determining the legally operative meaning of the claim language. Lastly, I was instructed that if extrinsic evidence is to be used in forming my opinion, then it should preferably come from a knowledge base dated prior to the patent filing date of August 19, 1996.



EXHIBIT

Riggs 1
5/22/08

EXHIBIT
tabbies
6

II. Vita

I have been a member of the faculty at Auburn University since 1985. In this capacity I serve as a full professor in the Electrical and Computer Engineering Department. I have served as the major professor for 4 Ph.D. and numerous MS candidates.

Prior to becoming a member of the faculty at Auburn, I worked as an antenna design engineer at Harris Corporation in Melbourne, FL.

I have conducted research in mine and unexploded ordnance (UXO) detection since 1989 with particular emphasis given to electromagnetic induction (EMI) and Ground Penetrating Radar (GPR) methods.

I was on assignment at Night Vision Laboratories, Fort Belvoir, VA from 1989 to 1990 and during this time analyzed and conducted experiments with the separated aperture mine detection system (a ground penetrating radar system). I was again on assignment at Night Vision Laboratories from 1998-1999 and during this time worked with the U.S. Army's former standard hand-held metal detector, the AN/PSS-12 (also known as the AN-19/2). I have supported the Joint UXO Coordination Office (JUXOCO) at Fort Belvoir, VA by conducting discrimination experiments with modified versions of the AN/PSS-12. I was a member of the "Red Team" whose purpose was to recommend improvements to the U. S. Army's Handheld Standoff mine Detection System (HSTAMIDS).

I am a senior member of The Institute of Electrical and Electronics Engineers.

I have contributed to over 30 refereed journal publications and over 50 conference publications.

III. Remuneration Disclosure

I am being compensated by the U. S. Department of Justice for expert witness services at an hourly rate of $62.50.

I have not previously testified as an expert witness.

## IV. Level of Ordinary Skill in the Art

The magnitude of the worldwide mine problem is indeed serious, with the U. S. State Department estimating that a total of 45-50 million mines remain to be cleared [1]. Additionally, it has been estimated that land mines claim an estimated 15,000-20,000 victims per year in 90 countries [1]. Many different sensing technologies have been brought to bear on the mine problem, including: electromagnetic induction (EMI) (metal detector), ground-penetrating radar (GPR), X-ray backscatter, infrared/hyper spectral, acoustic/seismic, biological (dogs, bees, and bacteria), etc.

It is relevant to the claims cited in the subject patent to understand the nature of the mine threat. Mines are defined as either metallic or plastic and as either anti-personnel or anti-vehicular. As one would expect, anti-personnel mines are smaller than anti-vehicular mines since only a small amount of high explosives can kill or maim a human while considerably more explosive is needed to destroy an armored vehicle. As the name implies metallic mines are constructed from mostly metallic parts and although plastic mines (both anti-personnel and anti-vehicular) are constructed from mostly plastic parts they virtually *all* contain a number of small metallic parts. For example many so-called plastic mines usually employ a small metallic firing pin and detonation tube and it is not uncommon for the mine's firing mechanism to also contain small springs, ball bearings, etc. In support of the above comments the author points out that two publicly disseminated compact computer disks exist, namely *Mine Facts* [2] and *ORDATA* [3], that provide detailed information on mines and other ordinance.

Modern metal detectors achieve the necessary sensitivity to detect buried low metallic content land mines that contain only a few grams of metal [4]. Examples of modern-day metal detectors include the U. S. Army's former standard issue AN/PSS-12 (also known as the AN-19/2) manufactured by Schiebel Corporation of Austria and the F3 manufactured by Minelab Corporation of Australia.

The U.S. Army has recognized for some time (well before 1990) that by its very nature the metal detector is subject to a high false alarm rate. As the name implies, a metal detector will produce an audio alarm whenever *any* metallic object is brought near its search coil(s). Metal detectors have very limited ability to discriminate between land mines and buried metallic clutter. In short, metallic clutter can be considered the nemesis of the metal detector.

It was well understood by researchers before the filing date of the subject patent (Wollny) that ground penetrating radar (GPR) offered one possible way of reducing the high false alarm rate germane to the common metal detector [5]. However as described in a subsequent paragraph the GPR has its own inherent set of limitations.

For purposes of defining terms, the attached Figure 1 provides a depiction of a simple GPR. Referring to this figure the GPR, here consisting of a simple generic dipole transmitting and receiving antenna, is scanned over the rough surface of the earth. The arrows in the figure indicate, in a somewhat oversimplified manner, energy coupling

mechanisms between transmitting and receiving antennas. Three coupling mechanisms are indicated: direct, ground-reflected, and of course coupling from the buried object. The objective in designing a good GPR is to insure that the component of received energy from the buried mine exceeds that due to the sum of direct- and ground-reflected components. Stated somewhat differently, the GPR will detect the buried object only if a sufficient signal-to-clutter ratio is achieved. Clutter is defined as the sum of the direct and ground-reflected energies while the signal component is due to coupling from the buried mine. The overall performance of the GPR will depend on many factors including: 1.) The type of antennas used, 2.) The height of the antennas over the earth, 3.) The spacing between the antennas 4.) The depth, size, shape and constitutive parameters of the mine, 4.) the constitutive parameters of the earth as well as the earth's roughness, 5.) The polarization of the transmitted and received wave energies, etc.

Extensive GPR research was conducted at least a decade prior to the date of the subject patent [5,6,7,8,9,10,11,12]. In particular, a GPR technique referred to as the separated aperture mine detection system was researched by the National Bureau of Standards (now known as The National Institute of Standards and Technology). The separated aperture mine detection system is composed of two side-by-side metallic cavities connected by a metallic septum. One cavity houses the transmitting antenna while the other cavity houses the receiving antenna. When the sensor is held reasonably close to the earth (within about 6 inches) direct- and ground-reflected coupling (refer to the attached Figure 1) is substantially suppressed relative to what would occur if the cavities and metallic septum were absent. Because of the suppression of direct- and ground-reflected coupling this sensor configuration enjoys a relatively high signal-to-clutter ratio.

Early in the 1990s it was certainly clear to practitioners in the field that a dire need existed to develop a hand held mine detector with high probability of detection (Pd), low probability of false alarm (Pf), and good scan rate (ability to rapidly clear a path through an area contaminated with mines). It was also clear to all engineers and scientist possessing and ordinary skill in the art (as defined below) that Pd and Pf goals could only be achieved by combining sensors with "orthogonal" capabilities. (Orthogonal sensors respond or produce an output due to different environmental stimuli.) For example, the GPR and metal detector are orthogonal sensors since the metal detector responds primarily to metallic objects while the GPR responds primarily to regions of changing dielectric constant. Further elaborating, a "plastic" mine is essentially a dielectric cylinder (height-to-diameter ratio less that unity) containing a few metallic parts at its *center*. A metal detector swept over a plastic mine will produce an output (usually an audio tone) due to the mine's metallic parts. A GPR swept over a plastic mine will produce an output due to the dielectric contrast that exists between the plastic mine and surrounding soil. Fundamentally the GPR and metal detector respond to different stimuli. Clearly if both the GPR and metal detector produced an alarm over the same location then one could be reasonably confident that a low metallic content (plastic) mine was buried there. Alternatively, if the metal detector produced an output with no GPR response, or visa versa, then one would have less confidence that a mine was present.

Considering the preceding background on the state of the mine detection art at the time the Wollny patent was filed, I will now define a person of ordinary skill in the art. A person working in the art 10 years prior to the filing date of the subject patent, and as of the filing date of the subject patent, and now, would certainly be aware of the general metal detector and ground penetrating radar concepts described in the proceeding paragraphs. He or she would also be expected to have an understanding of the mine threat (types of mines commonly encountered and their physical make up). Additionally, a person of ordinary skill in the art would likely have a Bachelor of Science degree in engineering, physics, or in a related discipline and would have at a minimum of six months to a year of practical training in the field. Alternatively, a technician with an associate's degree from a technical college with a minimum of one year of training might also be considered to have sufficient background to qualify as an individual with ordinary skill in the art.

V. Patent Claim Terms

The terms used in the claims section of the referenced patent (Wollny), as would be understood by a person of ordinary skill in the art, shall be defined in this section. The meaning of many terms is quite obvious and any elaboration regarding their meaning is neither necessary nor desirable. On the other hand, specific instances exist where the meaning of terms or combinations of terms is, or may be, ambiguous. Under these conditions further elaboration and interpretation is considered necessary and appropriate. At this time, the meaning of terms not explicitly addressed should be understood to be obvious to a person of ordinary skill in the art.

<u>Ground Penetrating Radar System</u> In claim 1 Wollny states, ".... A ground penetrating radar system in communication with ...". It is deemed appropriate to expand upon the meaning of the term ground penetrating radar system. Ground penetrating radar refers to an electromagnetic technique designed primarily for the location of objects buried beneath the earth's surface or located within a visually opaque structure. The technology of GPR is largely applications-oriented and the overall design philosophy, as well as the hardware, is usually dependent on the target type and the material of the target and its surroundings.

In Di Piazza et al. [7] under the "Background of the Invention" section the patentee states in column 1-45, "When this energy encounters dielectric discontinuities, a portion of the energy is reflected back to the embodiment as in a conventional radar system." Also in Di Piazza et al. [7] it states in column 1-50, "....present invention includes a lens which both coarsely matches the antenna to the earth and focuses the energy into that portion being interrogated." Also in Di Piazza et al. [7] it states in column 1-53, "In addition, a variable impedance matching circuit is associated with each antenna structure." The input impedance of the antenna changes as the radar system is scanned over the ground due to reflection from the air-soil interface and from any subterranean dielectric discontinuity, including possibly a buried mine. Therefore, a ground penetrating radar system might be designed to sense the change in its antenna's input impedance in order to identify the presence of a buried discontinuity (possibly a buried mine).

In light of the above discussion, I define a ground penetrating radar system as a system for detecting anomalies in the ground by transmitting electromagnetic energy and receiving reflected electromagnetic energy.

Antenna- In the subject patent Wollny makes reference to a variety of different types of antennas in the various embodiments of the invention. For example, in reference to Figures 3 through 8 respectively, he refers in column 5-65 to a "cross polarized dipole antenna", and in column 6-10 to a "dual polarized conical horn with lens", and in column 6-18 to "two, circularly polarized, four arm, log spiral antennas" and in column 6-25 to a "single spherical lens antenna", and in column 6-38 to a "dual feed and spherical lens antenna", and in column 6-55 to a "six feed spherical lens antenna". The radiation characteristics of these antennas, including their bandwidth, input impedance, radiation pattern, etc. are well known and can be readily found in many antenna texts or antenna handbooks. For reference, a simple definition of an antenna is provided below.

According to the IEEE Standard Dictionary of Electrical and Electronics Terms [14], an antenna is that part of a transmitting or receiving system which is designed to radiate or to receive electromagnetic waves. I adopt this definition.

Metal Detector- In the subject patent Wollny refers to a metal detector in column 1-65, " present invention uses a metal detector for detecting metal objects (mines), and again in column 2-9, "places the coils and antenna in basically the same space", and again in column 5-59-63, " metal detector coils and the metal detector and A/D converter supply ..... for standard metal detector operation". Also he briefly describes the operating principles of a metal detector in column 2-22-25, "The metal detector measures the change in the magnetic field caused by the eddy currents induced into any metal within the metal detector's field of view."

A metal detector usually consists of transmitting and receiving coils. The transmitter coil radiates a magnetic field that changes with time. The time changing magnetic field radiated by the transmitting coil induces eddy currents in any nearby metallic object. Eddy currents also radiate a time changing magnetic field that induces a voltage in the receiver coil. A voltage induced in the receiver coil indicates the presence of a metallic object.

A metal detector is here defined as an electronic device used to detect the presence of a metallic object.

Signal Processor- Signal processing is used in a ground penetrating radar system primarily a means of reducing clutter. The general objective of signal processing as applied to ground penetrating radar is either to present an image that can be readily interpreted by the operator or to classify the target return with respect to a known test procedure or template.

In the subject patent (Wollny) states that "the digital signal processor integrates the inputs

from the radiometer, radar and metal detector to provide a more accurate object detecting method." It is the author's opinion that this description of the function of the digital signal processor lacks specificity in as much as it is not at all clear what mathematical manipulations (if any) are carried out on the metal detector, GPR, and radiometer data. Presumably, the purpose of the "integration" would be to "reduce clutter" but a description of the means by which this is to be achieved is not specified.

In the cited prior art Alongi [8] discusses circuitry (referred to as "soil lock circuitry") that delivers data to a signal processor "only when the center of the soil surface reflection is detected". Furthermore, in Alongi et al. [9] a method of subtracting internally generated clutter from each incoming radar range sweep is described. And additionally, Butler et al. [5] provides, in excruciating detail, a signal analysis method to obtain a probability score for each of the pluralities of sensors. In lieu of the detailed descriptions of the signal processing algorithms provided in the referenced prior art, and in lieu of the significance that signal processing plays in the development of a successful multi-sensor mine detection system, it is indeed unusual that the digital signal processor (201) in the subject patent (Wollny) is described with such limited specificity.

The decade of the nineties brought significant advancements to the state of the art in mine detection. An enormous amount of work went into developing signal processing algorithms aimed at reducing false alarms. It is felt that Wollny's description of the signal processor is limited in its specificity and fails to recognize and adequately describe the state of the art as it matured in the years prior to the patent date of 1996.

Because the art of sensor fusion and signal processing was mature as of the filing date of the patent, the term signal processor in the subject patent should be broadly construed. Taking all aspects of the above discussion into account, including most importantly the limited specificity in which Wollny refers to the "signal processor", I hereby define signal processor as a device that processes signals from the GPR and metal detector systems.

<u>Field of View</u>-Under claim 1, the antenna is referred to as having "a first field of view". According to Webster's Third New Unabridged International Dictionary [15], "field of vision" taken here to be operationally equivalent to "field of view" is referred to as a "visual field". Additionally, "visual field" is defined as the entire expanse of space visible at a given instant without moving the eyes---called also--- "field of vision". Further under claim 1 said metal detector coils are referred to as having a second "field of view". Claim 2 states in column 8-1-4, "The mine detection system according to claim 1, wherein said first field of view of said antenna is substantially similar to said second field of view of said metal detector coils." Further, in the subject patent in column 2-25-29 it states that, "Therefore, the metal detector's peak response, at the center of the coils, coincides with the radar's peak response that occurs at the same location, which improves target location accuracy, improves the detection of weak signals, and reduces the false alarm rate."

It is known by a person of ordinary skill in the art (as defined in the last paragraph in the previous section) that the peak response from a metal detector does not necessarily occur when the metallic object is located at the center of the metal detector coil(s) [13]. In fact, the location of the peak response depends on the distance between the object and coils. When the object is very close to the coils the maximum response occurs just above the coils. When the object is further away from the coils the metal detector's peak response occurs at the center of the coils. As the object moves from near to further away from the coils the location of the peak response transitions from being located directly over the coils to being located at the center of the coils. The attached Figure 2 is provided to further illustrate this point.

As illustrated in the attached Figure 2, the "field of view" of the metal detector is a function of the distance of the metallic object from the plane of the coils. Therefore, the GPR could certainly have a "field of view" *substantially different* from that of the metal detector – especially when metallic objects are located close to the plane containing the coils. The author believes that a person of ordinary skill in the art would be aware of this ambiguity.

Further concerning "field of view"; a GPR antenna including those shown in Figures 3, 4, 5, 6, 7, 8, and 9 of the referenced patent (Wollny) all have an associated *antenna pattern*, and the antenna pattern certainly specifies the "field of view" of the GPR antenna. Furthermore, it is well know by those skilled in the art that an antenna's pattern will in general be a function of the environment presented to the antenna. The interaction between the antenna and the soil is significant as this may cause modification of the antenna radiation characteristics both spatially and temporally and should also be taken into account in the system design.

Based on the above discussion, I hereby define field of view as that region of space where the ground penetrating radar antenna or metal detector coils radiate and receive the majority of their electromagnetic energy.

Concentrically Surrounding Under claim 1 in the subject patent it states in column 7-65-67 that "said antenna and said metal detector coils being contained within said housing, said metal detector coils concentrically surrounding said antenna." The intent of this section is to develop a definition of the term concentrically surrounding.

According to the language in the patent, (first paragraph of column 2) "The terms co-boresighted and co-located have specific meanings in the context of the present invention." Specifically, "Co-boresighting the metal detector coils with the radar antenna aligns both sensors so that the center of their respective fields of view is pointed at the same location." "Co-locating the metal detector coils with the radar antenna places the coils and antenna in basically the same space (see FIGS. 3-9)." In columns 5, 6, and 7, Figures 3 through 9 are described as configurations wherein the metal detector and GPR antenna(s) is (are): co-boresighted, co-located, or co-boresighted and co-located. Specifically, Figure 4 depicts an embodiment where the antenna and coils are "both co-located and co-boresighted". Figure 5 depicts an embodiment where the antenna and coils

are "both co-located and co-boresighted". Figure 6 depicts an embodiment where the antenna and coils are "both co-located and co-boresighted". Figure 7 depicts an embodiment where the antenna and coils "are not co-boresighted" but are "co-located". Figure 8 depicts and embodiment where the antenna and coils "are not co-boresighted" but are "co-located". Note that the embodiment in Figure 5 is elsewhere (third paragraph column 4) referred to having "four arm log spiral radar antennas co-boresighted with the metal detector coils." So in one place in the patent the antenna and metal detector coils in Figure 5 are referred to as being both co-located and co-boresighted while in another place they are referred to as being only co-boresighted. Based on the author's best understanding of the terms co-located and co-boresighted the antennas and metal detector coils in Figure 5 should be referred to as co-located but not co-boresighted.

Summarizing, the term "concentrically surrounding" is used under claim 1 in column 7-65-67 and the term "concentric" is used elsewhere *only* in reference to Figure 3 in column 6-3-4, "The antenna and coils are concentric, and therefore, their line of sight is coincident." The embodiment of Figure 3 is also said to be co-located and co-boresighted. Therefore, notwithstanding the ambiguities mentioned above, the term "said metal detector coils concentrically surrounding said antenna" is hereby defined as a mine detection system composed of a metal detector coil and antenna centered on a common axis and occupying the same space.

Under claim 5,"…. said radar system is selected from the group consisting of stepped continuous wave, impulse, pulse, swept FM, continuous wave, monostatic, bistatic, balanced bridge and combinations thereof." Clarification of terms under claim 5 is deemed necessary as they are not defined elsewhere in the patent.

<u>Continuous Wave Ground Penetrating Radar System</u>: According to the Unabridged Webster's third New International Dictionary [15], the definition of continuous wave is: 1.) radio waves that continue with unchanging intensity or amplitude without modulation and that are used in telegraphy in which the wave is turned on and off with a key to form the dots and dashes of a code (continuous-wave telegraphy) 2.) radio waves in which the intensity continues unchanged except for modulation – called also modulated continuous waves. I adopt the definition that a continuous wave ground penetrating radar system radiates and receives a continuous wave.

<u>Stepped Continuous Wave Ground Penetrating Radar System</u>: A stepped continuous wave GPR radiates and receives a stepped continuous waveform. I adopt the definition that a stepped continuous wave ground penetrating radar system is a radar system that radiates and receives a waveform that is changed in predetermined steps in ascending or descending order from a starting frequency to an ending frequency.

<u>Impulse Ground Penetrating Radar System</u>: According to the IEEE Standard Dictionary of Electrical and Electronic Terms (Third Edition) [14]: An impulse waveform is a waveform that, from the observer's frame of reference, approximates a Dirac delta function. A Dirac delta function is a function that has nonzero value at only one instant of time. Accordingly, an impulse is a pulse that begins and ends within a time so short that

it may be regarded mathematically as infinitesimal although the area under the pulse remains finite. I adopt the definition that an impulse ground penetrating radar system radiates and receives an impulse waveform.

Pulse Ground Penetrating Radar System: According to the IEEE Standard Dictionary of Electrical and Electronic Terms (Third Edition) [14]: A pulse is a brief excursion of a quantity from normal. A pulse waveform departs from an initial level for a limited duration of time and ultimately returns to the original level. I adopt the definition that a pulse ground penetrating radar system radiates and receives a pulse waveform.

Swept FM Ground Penetrating Radar System– According to the IEEE Standard Dictionary of Electrical and Electrnics Terms (Third Edition) [14]: Sweep may be defined as traversing of a range of values of a quantity for the purpose of delineating, sampling, or controlling another quantity. An example of a swept quantity is the frequency of a wave (as in Sweep Frequency). According to Skolnik," The basic concept of the linear frequency modulated (FM) pulse compression radar was described by R. H. Dicke, in a patent filed in 1945". I adopt the definition that a swept FM ground penetrating radar system radiates and receives a sweep frequency waveform.

Monostatic Ground Penetrating Radar System- According to Skolnik [16], "Throughout this book, it has been assumed that a common antenna is used for both transmitting and receiving. Such radar is called monostatic." Furthermore, in Alongi [11] (on page 82) it states, "...if a single antenna is used for both purposes (receiving and transmitting), the radar is called a 'monostatic' radar." I adopt the definition that a monostatic ground penetrating radar system is a radar system that uses a common antenna for both transmitting and receiving.

Bistatic Ground Penetrating Radar System -According to Skolnik [16],"A bistatic radar is one in which the transmitting and receiving antennas are separated by a considerable distance. Furthermore, in Alongi [11] (on page 82) it states, "The use of separate receiving and transmitting antennas is called 'bistatic' in radar terminology...." In the context of the referenced patent I take bistatic to mean that separate transmitting and receiving antennas are used by the radar system. (Because the antennas are surrounded by the metal detection coils they cannot be separated by a considerable distance.) I adopt the definition that a bistatic ground penetrating radar system is a radar system that uses separate antennas for transmitting and receiving.

Balanced Bridge Ground Penetrating Radar System – According to the IEEE Standard Dictionary of Electrical and Electronics Terms – Third Edition [14], "(1) a bridge is a network with a minimum of two ports or terminal pairs capable of being operated in such a manner that when power is fed into one port, by suitable adjustment of the elements in the network or the element connected to one or more other ports, zero output can be obtained at another port. Under these conditions the bridge is balanced.

A balanced bridge ground penetrating radar system might consist of a center transmitting antenna a two symmetrically placed receiving antennas so that in a homogeneous

environment electromagnetic coupling between the transmitting antenna and each receiving antenna is identical. Further, under homogenous conditions the difference in received signals would be zero (balanced condition). Alternatively, in a heterogeneous environment coupling between antennas would not be identical and the difference in received signals would not be zero (unbalanced condition). An unbalanced condition could possibly indicate the presence of a mine.

It is also possible, using standard signal processing techniques, to design what is sometimes referred to as a pseudo balanced bridge ground penetrating radar system using only two antennas; one for transmitting and one for receiving. The waveform received at a particular time, say $t_1$, is subtracted from the waveform received at a later time, say $t_2$. Since the antenna pair is being scanned over the earth, the antenna used for receiving will be a one location at time $t_1$ and, in general, at a different location at time $t_2$. If the antennas "see" the same environment at $t_1$ and $t_2$ then the difference in the received waveforms at these two distinct times (or positions) will be zero. If on the other hand the antennas "see" a different environment at $t_1$ and $t_2$ then the difference in the received waveforms at these two distinct times (positions) will not be zero. A nonzero result may indicate the presence of a mine.

Assuming the Wollny was referring to a conventional balanced bridge GPR system, I adopt the definition that a balanced bridge ground penetrating radar system is a radar system consisting of three antennas; one of which is used for transmitting and the other two for receiving. Further, in order to indicate the presence of an anomaly, the signals from the receive antennas must be subtracted. Or a balanced bridge ground penetrating radar system is a radar system consisting of three antenna; two of which are used for transmitting and the other for receiving. When two antennas are used for transmitting and one for receiving there must be a one hundred and eighty degree phase shift between the waveforms applied to the transmitting antennas.

Date 4/25/08

Lloyd S. Riggs

VI. Figures




Figure 1. Simplistic Representation of a Ground Penetrating Radar System




Figure 2. Metal Detector Response Versus Position of Metallic Target

VII. Documents Considered

[1] MacDonald et al. Alternatives for Landmine Detection, Published 2003 by Rand, 1700 Main Street, Box 2138, Santa Monica, CA 90407-2138.

[2] Mine Facts, Department of Defense United States of America, Commander, National Ground Intelligence Center, Attention: Tom Reeder, 220 7th Street NE, Charlottesville, VA 22902.

[3] ORDATA, International Deminers' Guide to UXO Identification, Recovery and Disposal, Naval EOD Technology Division, ATTN: Code 602, 2008 Stump Neck Road, Indian Head, MD 20640-5070 USA.

[4] Riggs, L. S. et al.,"Discrimination experiments with the U. S. Army's standard metal detector, Radio Science, Vol. 39, 2004".

[5] Butler et al. U.S. Patent 5,307,272 4/1994.

[6] Horst et al. U.S. Patent 3,307,187 2/1967.

[7] Di Piazza et al. U.S. Patent 3,775,765 11/1973.

[8] Alongi U.S. Patent 4,072,942 2/1978.

[9] Alongi et al. Patent 4,698,634 10/1987

[10] Foreign Patent Document (Japan) 60-233584 11/1985.

[11] Alongi, "A Short-Pulse High-Resolution Radar For Cadaver Detection",Proceedings of the International Electronic Crime Conutermeasures; Edinburgh, Scotland; 18-20 Jul., 1973.

[12] Daniels, D. J. "The Use of Radar In Geophysical Prospecting." Radar Conference; London, England; 25-28 Oct. 1977.

[13] P. P. Silvester and D. Omeragic, "Sensitivity Maps for Metal Detector Design," IEEE Transactions on Geosciences and Remote Sensing, 1996.

[14] IEEE *Standard Dictionary of Electrical and Electronics Terms*, Frank Jay, Editor in Chief. Publsihed by The Institute of Electronics Engineers, Inc. New York, NY., 1984.

[15] Webster, A. Merriam, *Webster's Third New International Dictionary of the English Language Unabridged*, G. & C. Merriam Company, Publishers, Springfield Massachusetts, U. S. A. 1963.

[16] Skolnik Merril I., *Introduction to Radar Systems,* Second Edition, McGraw-Hill Book Company, 1980.

Prosecution History for USP 5,680,048

Expert Report by Dean L. Mensa