# EXPERT REPORT BY DEAN L. MENSA

## Opinions to be Expressed

1. The terms used in the Plaintiff's Claim Construction of the Patent-in-Suit filed November 28, 2007 constitute accurate definitions of the systems and notions being described and would be understood by persons of ordinary skill in the art without ambiguity.

2. The essential feature constituting improvement over prior art of the '048 patent consist of the use of two co-located sensors: a metal detector and a radar, each providing independent, coincident, and simultaneous observations of the ground for the purpose of detecting mines in, or below the surface. The combination of two sensors in a hand-held mine detection system is a significant improvement over all existing systems. The incorporation of a signal source providing controlled variations over a wide range of frequency was an innovative application at the time of the invention, making use of a commercial product developed for other applications.

## Basis and Reasons for Opinions

*Opinion 1: The terms used in the Plaintiff's Claim Construction of the Patent-in-Suit filed* November 28, 2007 *constitute accurate definitions of the systems and notions being described and would be understood by persons of ordinary skill in the art without ambiguity.*

The principal function of the Net Results patent is to increase the capability of existing man-portable metal detectors by adding ground penetrating radar (GPR) in a common housing. The metal detector responds to metallic mines, the GPR responds to non-metallic mines. The two systems (metal detector and GPR) are active, meaning that they provide their own excitation to produce responses. Because the systems probe the ground with different physical excitations, the combined information collected by the sensors increases the performance over that available from a single sensor.

Existing technology for mine detection systems cannot achieve error-free performance because they require deployment in less than ideal terrain conditions of soil composition, moisture content, ground cover, etc. The performance measures of significance to commanders of ground troops are probability of detection, false-alarm rate, and scan rate. When taken collectively these terms, defined in the following section, establish the rate of advance, meaning the allowable speed of movement of ground troops toward their objective. Missing the detection of a mine can result in damage, injury or death; responding to a false detection can be time

EXHIBIT

tabbles

7

consuming and slow progress, and systems that require a long time to examine a patch of ground likewise impede rapid progress. Unlike many other sensor systems, the overall capability of mine detectors is not easily determined and is highly variable. The inability to obtain ideal performance provides the motivation for improved capability, however small.

The terms used in the Claim Construction of the Patent-in-Suit filed November 28, 2007 recognize this technological field and constitute accurate definitions of the systems and notions being described and would be understood by persons of ordinary skill in the art without ambiguity. Their definitions and meanings are amplified in the following sections:

<u>Mine Detection System</u>

This term is used widely in the technical literature dealing with the subject. A search of papers published in various proceedings and transaction journals of the IEEE resulted in about 8,500 responses to the query: "IEEE Papers on Landmine Detection." The term is recognized as a system specifically employed to locate buried or obscured explosive devices with system performance standardly measured by 1) probability of detection; 2) false alarm rate; and 3) scan rate. Designs of mine detection systems are driven by a unique set of challenges that distinguish them from commercially-available systems used for underground surveying and for locating subsurface features and structures. The term is used in the claims and applies in context of the patent to indicate the main purpose of the invention.

<u>Signal Processor</u>

A system that accepts signal inputs from sensors and performs mathematically-describable functions to produce predetermined responses. Most signal processors use digital circuitry to produce outputs presented to human operators. The IEEE ANSI/IEEE Std 100-1984, IEEE Standard Dictionary of Electrical and Electronic Terms, defines a data processor as "any device capable of performing or combination of operations on data." The quoted definition is interpreted as any device capable of performing operations on data or performing combined operations on data. Used in context of the patent, the term is used to describe the digital signal processor that accepts inputs from various sensors to declare a detection and to provide control of the system.

<u>Radar System</u>

Derived from the acronym "<u>R</u>adio <u>D</u>etection <u>a</u>nd <u>R</u>anging" radar is defined in ANSI/IEEE Std 100-1984, IEEE Standard Dictionary of Electrical and Electronic Terms, as "a device for transmitting electromagnetic signals and receiving echoes from objects of interest (targets) within its volume of coverage." The distance to the object is determined by measuring the time between transmission of the signal and reception of the echo. While implementations can use a wide variety of transmitted signals, the term "radar" applies to any system that uses the transmission and reception of electromagnetic waves to determine the presence and location of objects. In the context of the patent, the term applies to combination of the frequency source, radar transmitter, antenna, and receiver; collectively these components form the radar system.

<u>Ground Penetrating Radar</u>

A system capable of transmitting and receiving electromagnetic waves to detect objects buried in the ground. The distinguishing feature of ground penetrating radars is that they require

the emission of electromagnetic waves capable of penetrating the ground in order to produce a measurable echo from the buried object. The technical challenges addressed by ground penetrating radars, therefore, differ from those of radars that use electromagnetic waves traveling in air which is highly penetrable. In the context of the patent, the term applies to the assembly of components used to provide electromagnetic excitation and reception of echoes from objects in the ground.

<u>Antenna</u>

The IEEE Standard Definition of Terms, IEEE Std 145-1993, defines antenna as: "that part of a transmitting or receiving system that is designed to radiate or receive electromagnetic waves." The term "antenna" commonly refers to any device used to launch or capture electromagnetic waves, regardless of their physical characteristics such as frequency, polarization, or waveform. In the context of the patent, the term applies to the various devices used to launch and capture electromagnetic waves propagating in and out of the ground.

<u>Boresighted</u>

The ANSI/IEEE Std 100-1984, IEEE Standard Dictionary of Electrical and Electronic Terms, defines boresighting as "the process of aligning the electrical and mechanical axes of a directional antenna system, usually by an optical procedure." In the context of the patent, the term applies to aligning the electrical and mechanical axes of the radar antenna and of the metal detector coils so that they are aligning the mechanical and electrical axes of the metal detector coils.

<u>Co-boresighted</u>

The term applies to two directive sensors that have their mechanical and electrical axes aligned and are boresighted to a common aim point. In the context of the patent, the term applies to aligning the axes of the radar and metal detector so that the centers of their fields of view coincide.

<u>Co-located</u>

The term describes the locating of two objects so they occupy the same space. Although the strict definition violates physical principles, the term is interpreted as two objects located in maximally close proximity. In the context of the patent, the term applies to placement of the metal detector coils and the radar antennas as close as possible in order to minimize the volume of the multi-sensor module.

<u>Concentric</u>

The term concentric is defined in Webster's Encyclopedic Unabridged Dictionary of the English Language as "having a common center as circles and spheres." In the context of the patent, the term applies to locating the metal detector coils on the periphery of the radar antenna so that their centers fall on the same vertical axis. The concentric physical placement does not necessarily cause the coils and antenna to be co-boresighted but located the center of gravity of the two sensors on the vertical axis in order to improve stability for hand-held operation.

<u>Concentrically Surrounding</u>

term "concentrically surrounding" additionally requires that that the aperture of the radar antenna and the metal detector coils lie in the same plane. In the context of the patent and as illustrated in figures 3-9, the metal detector coils are wrapped around the aperture of the radar antenna and both the metal detector coils and the aperture of the radar antenna lie in the same plane.

Field of View

The term, derived from optics, is defined in Webster's Encyclopedic Unabridged Dictionary of the English Language as "the entire angular expanse visible through an optical instrument at a given time." All sensors used to observe their surroundings are characterized by their field of view, defined by the range of viewing angles for which the sensor captures the desired response. The field of view of optical systems describes the range of viewing angles for which visual observations can be made; similarly, the field of view of an antenna describes the range of angular directions covered by the radiated electromagnetic wave, or the range of angular directions for which the incoming electromagnetic waves are captured by the antenna. In the context of the patent, the term applies to the two concentrically co-located sensors that can be boresighted to have fields of view that are either substantially similar or offset. An example of this condition would be two telescopes mounted on the same vertical axis. Rotation of the telescopes can make the fields of view similar or offset.

Metal Detector System

A device intended to detect the presence of metallic objects by detecting changes in localized magnetic fields generated by the device. Placing the magnetic sensor in proximity to the metal object causes a disturbance in the local magnetic field thus indicating the presence of metal. The magnitude of the disturbance depends on the magnetic properties of the metal, being greatest for ferrous materials. For this reason, the sensitivity of the metal detectors varies for different metals. In the context of the patent, the term applies to conventionally-used systems that sense disturbances in an induced magnetic field to detect the presence of metallic objects.

Metal Detector Coils

Magnetic fields generated by metal detector systems are produced by currents circulating in coils of wire; electric currents circulating in these coils produce magnetic fields oriented perpendicular to the plane of the coil and are directed into the ground. By a similar process, magnetic fields incident on the receiving coils induce electric currents that are used to indicate the strength of the magnetic field. In the context of the patent, the term applies to the coils of conducting wire used to generate and receive the magnetic fields used for the detection of metallic objects. The magnetic fields generated by the coils are directed normal to the plane containing the coils.

In Communication with

The term communication signifies a transfer of information between two entities used for control and processing. In the context of the patent, the term applies to the transfer of information between inputs and outputs of the magnetic and radar sensors in order to perform control functions. In addition, outputs of the sensors are used by the signal processor to form detection decisions.

*Opinion 2: The essential feature constituting improvement over prior art of the '048 patent consist of the use of two co-located sensors: a metal detector and a radar each providing independent, coincident, and simultaneous observations of the ground for the purpose of detecting mines in, or below the surface. The combination of three sensors in a hand-held mine detection system is a significant improvement over all existing systems. The incorporation of a signal source providing controlled variations over a wide range of frequency was an innovative application at the time of the invention, making use of a commercial product developed for other applications.*

The objective of accurate land mine detection in military and humanitarian de-mining efforts has been pursued for the past two decades by the international community without major success. The long-standing metal-detecting technology exploits the disturbance in a magnetic field induced into the ground to indicate the presence of metallic objects. Its utility is therefore highly limited when applied to the detection of non-metallic mines because they lack the physical properties required to disturb the magnetic field used to detect their presence. Specifically, these systems detect the presence of materials with high magnetic permittivity, greatest for iron compounds, less for non-magnetic metals, and least for non-metallic materials. Furthermore, systems using metal-detection technology are subject to inordinate false detections when probing areas cluttered by metal fragments. Detection of buried non-metallic mines can be accomplished by receiving echoes of electromagnetic signals capable of traveling in the soil using ground-penetrating radar. These radar systems rely on capturing echoes of microwave signals radiated into the ground that are caused by differences in the dielectric properties between the target and the surrounding medium. The principal limiting factor for both radar and metal-detecting systems is that the materials used to hide or bury the mines can be sand, rocks, landfill components etc.; in addition, the mines can be buried at different depths. Because the obscuring medium surrounding the target is not uniform and can differ widely from one location to another, the performance of mine detection systems is subject to wide variations.

Progress in the development of effective mine detection systems, judged by high detection probability and low false alarm rate has been limited because detection probability generally increases at the cost of increased false-alarm rate and conversely, false-alarm rate decreases at the cost of decreased detection probability. Progress has also been limited by the scan rate, a measure of the time required to search a given area. The preceding factors, imposed by physical principles, constitute the principal challenge for the development of mine detection systems with the desired level of performance. Metal detectors fail to indicate the presence of non-metallic mines and are highly susceptible to false alarms in environments cluttered by metal fragments; radar systems are subject to excessive false alarms caused by non-homogeneous properties of the ground. Subsequent to the recognition of de-mining as an issue of global importance in the eighties, many systems for detecting mines were proposed and tried. These systems proved largely unsuccessful and the scientific community was, therefore, urged to consider the entire range of technologies potentially applicable to the mine detection problem.

Beginning in about 2000, DoD funded a number of research efforts under the Multidisciplinary University Research Initiative (MURI). This program funded basic research on a wide range issues related to mine detection conducted by several major universities.

In a 2001 report, the GAO (Government Accounting Agency) Report on Land Mine Detection addressed to the Chairman, Subcommittee on Military Research and Development, Committee on Armed Services, House of Representatives issued in 2001. One of the opening paragraphs of that report states:

> Recent U.S. military operations, such as those in the Balkans, have shown that land mines continue to pose a significant threat to U.S. forces. U.S. land mine detection capabilities are limited and largely unchanged since the Second World War. A U.S. military that now uses million dollar cruise missiles, tens of million dollar aircraft, and billions of dollar ships still generally detects land mines with a metal detector and a probe. The Department of Defense (DOD) has an extensive research program aimed at developing new detectors to improve its capabilities.

The report evaluated the applicability of nineteen identified technologies and found that ten had one or more physics-based limitations that would prevent them from achieving any of the five countermine missions by themselves. It recommended the establishment of a long-range research program to periodically evaluate all applicable land mine detection technologies against a complete set of mission-based criteria and a sustained level of basic research to sufficiently address scientific uncertainties.

A Science and Technology Policy Institute report prepared by the RAND Corporation titled "Alternatives for Landmine Detection" published in 2003 cites 54 reports from various organizations proposing a large number of alternative approaches to the mine detection problem. The report states "no single mine detection technology can operate effectively against all mine types in all settings" and "given the limitations of individual sensors technologies, major breakthroughs in mine detection capability are likely to occur only with the development of multisensor systems."

The preceding documents and others indicated that the mission requirements of the ground forces were not being met with existing technologies and recognize the importance of applying and combining multiple technologies to meet a wide range of operational objectives.

**Technical Issues**

The essence of the subject patent is the combination of two sensors: magnetic, and radar into a common unit that maintains the footprint of conventional hand-held metal detectors. Although the combination of multiple sensors does not insure a total solution, there can be no doubt that the addition of information improves system performance. The notion that combining independent observations removes uncertainty is firmly rooted in information theory and is consistent with intuition. Used in nearly all radar systems for the detection of targets in free space, this principle exploits the fact that the desired signal is contaminated by random noise; averaging multiple observations, therefore, increases the sensitivity of the system by reducing the contribution of the noise. In contrast, the performance of mine detection systems is limited by clutter rather than noise; because repeated observations produce similar results, therefore, no improvement in sensitivity is achieved. In such cases, performance improvement can only be obtained by combining responses of diverse sensors that provide independent observations of the

target. The uniqueness of the combination of magnetic and radar sensors in the subject patent is supported by the exposition of prior art cited in the patent. With one exception, the cited prior art deals with GPR systems operating alone. The remaining patent, #5,307,272 ('272 patent), claims a combination of magnetic metal detectors and GPR sensors forming two offset linear arrays made to traverse the same area. The system in the '272 patent, which is intended for deployment on a robotic vehicle, relies on sequential observations of the outputs of the two displaced sensor arrays. Limitations of this embodiment arise from the large aperture required for two spatially separated sensors which does not allow man-portable implementation, and the offset in sensor viewing angle which does not allow simultaneous sensor observation of the target ground patch. Furthermore, because the vehicle is required to travel in a straight path in order to equally expose the same ground patch to both sensors, the system does not readily allow revisiting the same ground patch and is thereby unsuitable for manual scanning by a hand-held unit.

The system described in the subject patent is suitable for manual scanning by a hand-held unit. It provides for the responses of dual active sensors collocated, boresighted, and mounted in a common housing to cover identical ground spots and be available simultaneously. These responses provide the two independent observations that can be combined and processed by predetermined algorithms; this synergy improves the detection process. The coincidence in time and space of synchronous responses of the metal detector, radar, and radiometer are available for any position of the sensor unit directed by the operator, thus allowing real-time operation. The preceding factors, claimed in the '048 patent, constitute the essential improvement over the prior art cited therein.

In addition to the notional advantage of combining independent outputs of multiple sensors, the implementation described in the '048 patent includes the unique use of a signal source for the radar capable of systematically vary the frequency of the transmitted signal over a wide range generated by a sufficiently small package to be accommodated in the hand-held unit. This capability was made possible by the commercial development of signal sources intended for other applications that would otherwise be prohibitive in cost at the time of the patent disclosure. Transmitting signals over a wide range of frequencies provides a measure of distance thus locating the depth of the mine.

Opinions and observations are based on decades of learning and conduct of experiments dealing with electromagnetic components and systems and signal processing.

**Additional Documents Considered**

- U.S. Patent #5,680,048 "MINE DETECTING DEVICE HAVING A HOUSING CONTAINING METAL DETECTOR COILS AND AN ANTENNA" and each of the six patents cited in the subject patent as prior art.
- Infringement Claim Chart of Net Results, Inc. U.S Patent No 5,680,048
- Claim Construction of the Patent-in-Suit
- Government documents listed in Table 1 of the Claim Construction of the Patent-in-Suit.

**Summary Statement of Qualifications**

I have been engaged to testify as an expert witness in the matter of Net Results Corporation vs. the United States. I have 35 years of electrical engineering experience as an employee of the U.S. Navy, followed by more than ten years of part-time employment with Jacobs-Sverdrup Corporation in the same field. My engineering positions with the U.S. Navy ranged from trainee to Senior Technologist. From 1970 to 1994 I directed technical operations of the Radar Reflectivity Laboratory at the Naval Air Warfare Center Weapons Division, Pt. Mugu, Ca. by planning, conducting and assessing results of scattering measurements to define radar signatures of military targets. I have contributed to the development and maturation of high-resolution radar imaging techniques and systems capable of identifying electromagnetic scattering features on complex vehicles. I am recognized as an expert in the field of high-resolution radar and signal processing by all industrial firms and DoD agencies engaged in the development of aircraft and missiles with low radar observability (stealth) and have consulted with a number of industrial firms. For several years, I participated, coordinated and instructed University of California short courses dealing with high-resolution radar and antenna measurements and conducted workshops at conferences of professional societies. In the course of my career, I have authored over 150 technical reports, published 30 technical papers, authored two texts dealing with high-resolution radar imaging and been granted five patents. I was elected to Senior Member of the IEEE society and served as a reviewer of several journal papers submitted for publication in the IEEE Transactions on Antennas and Propagation. I was granted BS (1962), MS (1964), and PhD (1980) degrees in Electrical Engineering by the University of California where I specialized in signal processing. My resume is attached for reference. I have not testified at trial or by deposition in any other case in the last four years as an expert witness.

Date 1-10-08

Dean L. Mensa
Dean L. Mensa



PAGE 2/2 * RCVD AT 1/10/2008 12:30:34 PM [Eastern Standard Time] * SVR:WMCD-FAX/0 * DNIS:0 * CSID:8056420843 * DURATION (mm-ss):01-04

# RESUME

Name: Dean L. Mensa
Address: 181 Hillway Circle, Ventura, CA 93003
Telephone: (805)642-3545, FAX (805)642-0843
Date of Birth: 13 March 1939

## EDUCATION

BS Engineering UCLA 1962
MS Electrical Engineering UCLA 1964
Ph.D. Electrical Engineering UCSB 1980

## SECURITY CLEARANCE

Top Secret, SBI

## PROFESSIONAL EXPERIENCE

1997-Present Jacobs-Sverdrup Technology. Provide independent engineering to Naval Air Warfare Center in the areas of Radar Cross Section (RCS) measurements, radar imaging, and RCS instrumentation.

1995-1997 Integrated Systems Analysts. Provide independent engineering consultant to Naval Air Warfare Center in the areas of RCS measurements, radar imaging, and RCS instrumentation.

1968-1994 GS-13/GM-15 Senior Technologist

Direct technical operations of Naval Air Warfare Center, Pt. Mugu radar reflectivity laboratory facilities in conducting test and analysis of backscattering of radar targets. Develop techniques for improving quality and scope of radar backscattering measurements from laboratory and field tests. Provide technical consultations to DoD and industrial agencies on development of techniques and facilities for radar signature measurement, analysis, and control. Prepare proposals and technical documents for investigations of radar reflectivity characteristics of tactical and test targets. Develop high-resolution radar imaging systems using linear-FM systems and their application to determine electromagnetic scattering characteristics of radar targets. Apply and interpret radar imaging techniques to the development of low-observable air vehicles

1961-1968 GS-7/12 Electronics Engineer

Perform analyses of radar circuits to evaluate reliability. Design fire-control radar modifications to improve performance. Perform laboratory simulations studies to determine effect of target noise on air-air missile accuracy. Plan, direct, perform efforts to evaluate performance of airborne radar sensors. Define air-air missile system capabilities by simulation methods.

1957-1961 GS-2/5 Engineering Aide

Variety of work assignments complying with requirements of Student Engineering Development program.

## AWARDS

2007-Antenna Measurement Techniques Association Edmond S. Gillespie Fellowship
1995- Antenna Measurement Techniques Association Distinguished Achievement Award
1994- Navy Meritorious Civilian Service Award
1987- Pacific Missile Test Center Fellow Award
1986- Bob Fries Chair in Radar Cross Section Measurement Technology
1983- Manuel Garcia Memorial Professional Award
1982- Pacific Missile Test Center Professional of the Year Award
1982- Ventura County Sigma XI Chapter Award for Outstanding Research

## PROFESSIONAL SOCIETIES

IEEE Senior Member

## PUBLICATIONS

### BOOKS

High Resolution Radar Cross-Section Imaging (Artech 1991)
High Resolution Radar Imaging (Artech 1981)

**PAPERS**

Design Issues for a Maverick RCS Instrumentation Radar, Proc. of the 2006 Antenna Measurement Techniques Association Symposium.

Extension of Compact Range Test Zone by Taper Compensation, Proc of the 2002 Antenna Measurement Techniques Association Symposium.

Clutter and Noise Reduction in RCS Measurements by Spatial Filtering, Proc of the 2000 Antenna Measurement Techniques Association Symposium.

RCS Measurements of L.O. Features on a Test Body, Proc. of the 1999 Antenna Measurement Techniques Association Symposium.

Normalization and Interpretation of Radar Images, IEEE Trans. on Antenna and Propagation, vol.46, no. 4, April 1998.

Three-dimensional Imaging from Compact Range Data, Proc. of the 1998 Antenna Measurement Techniques Association Symposium.

Radar Image Normalization and Interpretation, Proc. of the 1997 Antenna Measurement Techniques Association Symposium.

Indoor Low Frequency Radar Cross Section Measurements at VHF/UHF Bands, Proc. of the 1996 Antenna Measurement Techniques Association Symposium.

Near-field to Far-field Transformation for RCS Measurements, Proc. of the 1995 Antenna Measurement Techniques Association Symposium.

A Generalized Viewpoint of Radar Imaging, Proc. of the 1994 Workshop on Modern Imaging and Diagnostic Techniques for RCS and Antennas. Sponsored by Antenna Measurements Techniques Association and IEEE Antennas and Propagation Society.

Millimeter Wave RCS Measurement Technology, Proc. of the 1994 Antenna Measurement Techniques Association Symposium.

Non-Linear Windowing for ISAR Images, Proc. of the 1994 Antenna Measurement Techniques Association Symposium.

Minimum Time for RCS Measurements, Proc. of the 1993 Antenna Measurement Techniques Association Symposium.

Surface Wave Scattering of the MQM-107 Drone Target, Proc. of the 1992 IEEE Antennas and Propagation Society Symposium.

Radar Imaging, International Journal of Imaging Systems and Technology, Vol. 4, 148-163, 1992.

Applicability of Maximum Entropy Methods to RCS Analysis, Proc. of the 1992 Antenna Measurement Techniques Association Symposium.

Aspects of Image Editing, Proc. of the 1991 Antenna Measurement Techniques Association Symposium.

Global and Local Features of Wide-Band RCS Signatures, Proc. of the 1990 Antenna Measurement Techniques Association Symposium.

Diagnostic Imaging of Targets with Rotating Structures, Proc. of the 1989 Antenna Measurement Techniques Association Symposium.

Interpretation of Two-Dimensional RCS Images, Proc. of the 1988 Antenna Measurement Techniques Association Symposium.

Editor, Proc. of the 1988 Workshop on RCS Imaging, Sponsored by the Antenna Measurements Techniques Association and IEEE Antennas and Propagation Society.

Two-Dimensional RCS Image Focusing, Proc. of the 1987 Antenna Measurement Techniques Association Symposium.

Wide-Band Radar Cross-Section Diagnostic Measurements, IEEE Transactions on Instrumentation and Measurements, Vol. IM33, No. 3, Sept. 1984.

Coherent Doppler Tomography for Microwave Imaging, Proc. of the IEEE, Vol. 71, No. 2, Feb. 1983.

Bistatic Synthetic-Aperture Radar Imaging of Rotating Objects, IEEE Transactions on Aerospace and Electronic Systems, Vol. AES-18, No. 4, July 1982.

Aperture Synthesis by Object Rotation in Coherent Imaging, IEEE Transactions on Nuclear Science, Vol. NS-27, No. 2, April 1980.

Pulse Echo and Doppler Reconstructive Tomography, presented at the 1980 International Optical Computer Conference.

Acoustic Echo Computer Tomography, "Acoustic Imaging", Vol. 8, Ed. A.F. Metherell, Plenum Press, N.Y., 1979.

## TECHNICAL REPORTS

150 Technical Reports dealing with classified and unclassified topics.

## TEACHING EXPERIENCE

Annual four day course "High-Resolution Microwave Imaging: Principles and Applications" UCLA.

Annual participation in five day course "Synthetic Aperture Radar: Design, Processing and Applications" UCLA.

Annual participation in five day course "Antenna Measurements" California State University, Northridge.

In plant three day course "High Resolution Radar Imaging" TRW, McDonnell Douglas, General Dynamics, Randtron, Northrop, Naval Air Warfare Center, Naval Surface Warfare Center, RATSCAT Holloman AFB, Joint European Research Center, Italy.

Tutorial "Radar Imaging for RCS Applications" 1997 Antenna Measurement Techniques Association Symposium.

Tutorial "Radar Imaging" 1990 and 1995 IEEE International Radar Symposium.

Adult Education Series on Electronic Technology, Ventura City College, 1965-1968

## PATENTS

#6,529,157 Radar Signature Evaluation Apparatus, March 2004.

#5,384,458 Photonic Electromagnetic Field Sensor for Use in a Missile, Jan. 1995.

#5,243,186 Photonic Electromagnetic Field Sensor Apparatus, Sept. 1993.

#4,531,128 Buoyant Radar Reflector, July 1985.

#3,500,257 Passive R-C Integrator with Essentially Linear Output, March 1970.

#3,495,081 Real-Time Median Computing System, Feb. 1970.

Navy Case #71,143 Portable Doppler CW-Radar Calibrator, Navy Technical Disclosure Bulletin, Vol. 14, No. 1 Dec. 1988.