IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NET RESULTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1376 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence M. Baskir |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S**
**PROPOSED CLAIM CONSTRUCTION STATEMENT**

Pursuant to Paragraph 11 of the court's Special Procedures Order, Defendant, the United States, serves this Response to Plaintiff's Proposed Claim Construction Statement. The following disclosures are based on information obtained to date. Defendant's investigation is continuing, and thus, defendant reserves the right to supplement this disclosure.

Plaintiff has asserted claims 1, 2, and 5 of U.S. Patent No. 5,680,048 ("the '048 patent").[1] The chart in the attached Appendix A includes Defendant's preliminary proposed constructions for certain terms and

[1] Although plaintiff indicated in its Initial Disclosure of Asserted Claims that it was asserting claims 1-5, plaintiff's Claim Construction Statement only treats claims 1, 2, and 5, thus echoing plaintiff's earlier position on asserted claims. Defendant interprets this to mean that plaintiff is presently asserting only claims 1, 2, and 5.

EXHIBIT
tabbies
9

phrases in the asserted claims. Any occurrence of these terms and phrases in the various claims should have the same construction.

For each term and phrase, the chart lists citations to supporting evidence, including citations to the claims themselves, the specification, the prosecution history, and extrinsic evidence. Defendant has endeavored to identify the most relevant portions of the supporting evidence. The evidence, however, may contain additional support for defendant's claim construction. Defendant may rely on uncited portions of the patent, prosecution history, and extrinsic evidence, as well as other documents, to provide context or to aid in understanding the cited portions of the supporting evidence. Where defendant cites to a particular figure in a reference, the citation should be understood to encompass the caption and description of the figure and any text relating to the figure. Conversely, where defendant cites to particular text referring to a figure, the citation should be understood to include the figure as well.

In addition to these particular citations, defendant may rely on the supporting evidence cited by plaintiff in its Proposed Claim Construction Statement, including the claims, specification, prosecution history, and extrinsic evidence cited by plaintiff. Moreover, defendant reserves all rights

to present additional evidence (including extrinsic evidence) in rebuttal to evidence or arguments that plaintiff may offer in support of its constructions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

JOHN A. HUDALLA
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Telephone: (202) 307-0334
Facsimile: (202) 307-0345

Attorneys for Defendant

Of Counsel:
GARY L. HAUSKEN
Attorney
U.S. Department of Justice

April 25, 2008

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| mine detection system | [A] "mine detection system" is a system that detects mines. This specifically includes the system comprising the various elements of claim 1, as they are described in claim 1, for the purpose of mine detection. The mine detection system is described in the specification as "a device for accurately detecting metallic and non-metallic mines on, flush and below a surface." Col. 3, ll. 44-46.<br>The mine detection system is also described in specification as "a device for accurately detecting metallic with, or non-metallic objects on, flush and below a surface with, or/or [sic] obstructed by an interfering surface." Col. [sic, 3], ll. 47-50. The specification also notes that the object of the invention is "to reduce false alarms while searching for these objects." Col. 3, ll. 51-52. The specification describes another object of the invention is to "provide improved elements and arrangements thereof in an apparatus for the purpose described which is inexpensive, dependable and fully effective in accomplishing it [sic] intended purpose." Col. 3, ll.53-56. This is the mine defection system enabled for independent Claim 1 as well as dependent Claims 2 and 5. | **<u>Proposed Construction:</u>** A system that detects mines.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1-19.<br>1:8-2:1; 3:43-46.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4.<br><br>**<u>Extrinsic Evidence:</u>**<br>detect: "2: to discover or determine the existence, presence, or fact of". <u>Meriam-Webster's Collegiate Dictionary</u> 315 (10th ed. 1994).<br><br>mine: "3: an encased explosive designed to destroy enemy personnel, vehicles, or ships". <u>Meriam-Webster's Collegiate Dictionary</u> 740 (10th ed. 1994).<br><br>system: "1: a regularly interacting or interdependent group of items forming a unified whole: as d: a group of devices or artificial objects or an organization forming a network esp. for distributing something or serving a common purpose". <u>Meriam-Webster's Collegiate Dictionary</u> 1197 (10th ed. 1994).<br><br>system: "A complex of conductors, components and equipments interconnected so as to perform a particular function." <u>Dictionary of Electronics</u> 314 (3rd ed. 1996). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| | | mine detector: "An electronic device for the detection of buried explosive mines (or buried metal) depending on the change in the electromagnetic coupling between coils in the search head." Dictionary of Science and Technology 706 (1995). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| housing | None. | **<u>Proposed Construction:</u>** A cover.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1, 6, 8.<br>FIGS. 1, 3-9.<br>2:39; 5:65-66; 6:6-7; 6:14-15; 6:23-24; 6:35-36; 6:52-53.<br><br>**<u>Prosecution History:</u>**<br>Examiner Interview Summary Record of February 13, 1997 (G013430).<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>**<u>Extrinsic Evidence:</u>**<br>W.T. Wollny Deposition, 179:11-182:10.<br><br>U.S. Pat. No. 4,225,711: FIG. 1; 8: 2-10.<br><br>housing: "3: something that covers or protects: as a: a case or enclosure (as for a mechanical part or an instrument" <u>Meriam-Webster's Collegiate Dictionary</u> 563 (10th ed. 1994).<br><br>housing: "Containment of apparatus to prevent damage in handing or operation." <u>Dictionary of Science and Technology</u> 538 (1995). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| signal processor | "Signal processor" is a processor in communication with the ground penetrating radar system and metal detector systems as described in claim 1, for the purpose of mine detection. The digital signal processor is described in the specification as a device that includes circuitry for processing the inputs of a metal detector, radiometer, radar and operator controls as well as processing outputs for video display and audio tones. Col. 5 ll. 40-49. This is the signal processor enabled for independent Claim 1 as well as dependent Claims 2 and 5. | **<u>Proposed Construction:</u>** A device that processes signals from the ground penetrating radar system and metal detector system.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1, 6, 12.<br>5:2-7; 5:40-48; 5:45-63; 6:45-50.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br>U.S. Pat. No. 5,307,272 (admitted prior art): Abstract; 4:55-15:28.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, pp. 6-7.<br><br>signal processing: "The operations it is necessary to carry out on a signal to achieve the desired result. Typical operations are amplification, frequency changing, waveform shaping, mixing and gating." <u>Dictionary of Electronics</u> 295 (3rd ed. 1996). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
| --- | --- | --- |
| ground penetrating radar system | [A] "ground penetrating radar system" as referenced in Claim 1 above, is a radar system having detection capability that penetrates the ground. The specification references ground penetrating radars of the prior art at Col. 1, ll. 18-49, and all use is consistent with the ordinary meaning of the terms. That is, an example of a radar is "a device for determining the presence and location of an object by measuring the time for the echo of a radio wave to return from it and the direction from which it returns." <u>Webster's New Universal Unabridged Dictionary</u> 1591 (1996) (based on the Random House Unabridged Dictionary (1993); <u>see, also</u>, http://dictionary.reference.com/browse/radar (last visited Nov. 20, 2007).<br><br>**<u>Distinguishing Between Claims</u>**<br>The broad interpretation of the term "ground penetrating radar system" of Claim 1 is narrowed in dependent Claim 5. Claim 5 of the '048 Patent recites:<br>"The mine detection system according to Claim 1, wherein said radar system is selected from 'the group consisting of stepped continuous wave, impulse, pulse, swept FM, continuous wave, monostatic, bistatic, balance bridge and combinations thereof."<br>Thus, the "radar system" of claim 1 should be construed broadly, without limitation to the | **<u>Proposed Construction:</u>** A system for detecting anomalies in the ground by transmitting electromagnetic energy and receiving reflected energy.<br><br>**<u>Supporting Evidence:</u>**<br>Abstract.<br>Claims 1, 5, 6, 9, 15, 18, 20.<br>1:8-3:25; 4:41-5:40; 8:8-46.<br><br>**<u>Prosecution History:</u>**<br>Examiner Interview Summary Record of February 13, 1997 (G013430).<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>U.S. Pat. No. 3,775,765 (admitted prior art) 1:40-59; 2:39-4:25.<br>U.S. Pat. No. 4,072,942 (admitted prior art) 1:15-40.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, pp. 5-6.<br><br>radar: "a device or system consisting usu. of a synchronized radio transmitter and receiver that emits radio waves and processes their reflections for display and is used esp. for detecting and locating objects (as aircraft) or surface features (as of a planet)". <u>Meriam-Webster's Collegiate Dictionary</u> 962 (10th ed. 1994).<br><br>radar: "Equipment originally designed for measuring the |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
| --- | --- | --- |
| | specific types recited within claim 5. | range and bearing of any object by means of radio waves reflected or retransmitted from the object." Dictionary of Electronics 262 (3rd ed. 1996).<br><br>radar: "Abbrev for *radio detection and ranging*. In general, a system using pulsed radio waves, in which reflected (*primary radar*) or regenerated (*secondary radar*) pulses lead to measurement of distance and direction of a target." Dictionary of Science and Technology 902 (1995). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| in communication with | None. | **<u>Proposed Construction:</u>** Transmitting to or receiving from.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1, 6, 12.<br><br>**<u>Prosecution History:</u>**<br>Examiner Interview Summary Record of February 13, 1997 (G013430).<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>**<u>Extrinsic Evidence:</u>**<br>communication: "an act or instance of transmitting." <u>Meriam-Webster's Collegiate Dictionary</u> 233 (10th ed. 1994). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| transmitter | None. | **<u>Proposed Construction:</u>** A device that drives an electromagnetic signal through an antenna.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1, 6.<br>FIGS. 2, 11.<br>5:1-28.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>U.S. Pat. No. 3,775,765 (admitted prior art): FIG. 1; 2:39-47; 3:15-19; 3:41-48.<br>U.S. Pat. No. 4,072,942 (admitted prior art): FIG. 1; 1:52-64.<br>U.S. Pat. No. 4,698,634 (admitted prior art): FIG. 3; Abstract; 1:38-40; 5:25-32.<br>Alongi, "A Short-Pulse High-Resolution Radar for Cadaver Detection," Proceedings of the International Electronic Crime Countermeasures Conference, Edinburgh, Scotland, July 18-20, 1973 (admitted prior art): FIG. 4; p. 79, 81.<br>Japan SHO60-233584 (admitted prior art): English Abstract.<br><br>**<u>Extrinsic Evidence:</u>**<br>transmitter: "a: an apparatus for transmitting radio or television signals". <u>Meriam-Webster's Collegiate Dictionary</u> 1255 (10th ed. 1994) |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| | | transmitter: "In general a device which sends a signal. A telephone transmitter converts sound waves to a.f. signals for transmission over telephone circuits. A radio transmitter send electromagnetic waves conveying sound or television programs or other forms of data." Dictionary of Electronics 329 (3rd ed. 1996). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| receiver | None. | **<u>Proposed Construction:</u>** A device that receives an electromagnetic signal from an antenna.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1, 6.<br>FIGS. 2, 11.<br>5:1-28.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>U.S. Pat. No. 3,775,765 (admitted prior art): FIG. 1; 2:39-47.<br>U.S. Pat. No. 4,072,942 (admitted prior art): FIG. 1; 2:8-41.<br>U.S. Pat. No. 4,698,634 (admitted prior art): FIG. 3; Abstract; 2:36-54; 4:4-6; 5:47-7:52; 12:20-27.<br>Alongi, "A Short-Pulse High-Resolution Radar for Cadaver Detection," Proceedings of the International Electronic Crime Countermeasures Conference, Edinburgh, Scotland, July 18-20, 1973 (admitted prior art): FIG. 4; p. 79, 81.<br>Japan SHO60-233584 (admitted prior art): English Abstract.<br><br>**<u>Extrinsic Evidence:</u>**<br>receiver: "d: a device for converting signals (as electromagnetic waves) into audio or visual form: as (1): a device in a telephone for converting electric impulses or |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
| --- | --- | --- |
| | | varying current into sound" Meriam-Webster's Collegiate Dictionary 975 (10th ed. 1994).<br><br>receiver: "In general a device which reproduces a signal in an intelligible form. Thus a telephone receiver reproduces an audio input signal as a sound wave. A radio receiver reproduces signals conveyed by electromagnetic waves as sound waves and a television receiver as a visual display." Dictionary of Electronics 266 (3rd ed. 1996). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| antenna | An "antenna", while not specifically defined in the specification, is used in the claims, and has a definition consistent with the ordinary meaning of the word. That is, a consistent example of an antenna is "a conductor by which electromagnetic waves are sent out or received, consisting commonly of a wire or set of wires." Webster's New Universal Unabridged Dictionary 87 (1996) (based on the Random House Unabridged Dictionary (1993); <u>see, also,</u> http://dictionary.reference.com/browse/antenna (last visited: Nov. 20, 2007) ("an electrical device that sends or receives radio or television signals.")<br><br>**<u>Distinguishing Between Claims</u>**<br>The broad interpretation of the term "antenna" of Claim 1 is narrowed in dependant Claim 3, which is provided as a point of reference recognizing that Claim 3 is not asserted by Plaintiff as infringed. Claim 3 of the '048 Patent recites:<br>"The mine detection system according to Claim 1, wherein said antenna is selected from the group consisting of co-polarized, cross polarized, dual polarized, circularly polarized, and combinations thereof."<br>Thus, according to claim differentiation, the "antenna" of claim 1 should be construed broadly and should not be limited to one of the specific | **<u>Proposed Construction:</u>** A conductor by which electromagnetic waves are sent out or received.<br><br>**<u>Supporting Evidence:</u>**<br>Abstract.<br>Claims 1-4, 6, 7, 20.<br>FIGS. 2-9.<br>1:64-3:10; 5:13-20; 5:29-40; 5:50-53; 5:64-7:46.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>U.S. Pat. No. 3,775,765 (admitted prior art): FIG. 1; Abstract; 1:45-58; 3:45-60.<br>U.S. Pat. No. 4,072,942 (admitted prior art): Abstract; FIGS. 1, 3; 1:17-21; 1:52-64.<br>U.S. Pat. No. 4,698,634 (admitted prior art): FIG. 3; Abstract; 2:43-66; 3:55-4:53; 5:33-58;12:15-22.<br>Alongi, "A Short-Pulse High-Resolution Radar for Cadaver Detection," Proceedings of the International Electronic Crime Countermeasures Conference, Edinburgh, Scotland, July 18-20, 1973 (admitted prior art): FIG. 4; p. 79, 81.<br>Daniels, "The Use of Radar in Geophysical Prospecting," Radar 1977 Conference, London, England, October 25-28, 1977 (admitted prior art): pp. 540-541.<br>Japan SHO60-233584 (admitted prior art): English Abstract. |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| | types of antenna recited in claim 3. | **<u>Extrinsic Evidence:</u>**<br>Riggs Report, p. 6.<br><br>antenna: "a usu. Metallic device (as a rod or wire) for radiating or receiving radio waves." <u>Meriam-Webster's Collegiate Dictionary</u> 49 (10th ed. 1994).<br><br>antenna: "The system of conductors used at a radio installation to radiate or receive electromagnetic waves." <u>Dictionary of Electronics</u> 12 (3rd ed. 1996).<br><br>antenna: "A structure for receiving or transmitting electromagnetic signals." <u>Dictionary of Science and Technology</u> 46 (1995). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| metal detector system | [A] "metal detector system" of claim 1 is a device that detects metal; according to the specification, a metal detector "measures the change in the magnetic field caused by the eddy currents induced into any metal within the metal detector's field of view." Col. 2, ll. 23-25, which is also consistent with the ordinary meaning of metal detector. | **<u>Proposed Construction:</u>** A system for detecting metal.<br><br>**<u>Supporting Evidence:</u>**<br>Abstract.<br>Claims 1, 2, 4, 6, 20.<br>FIGS. 2-8.<br>1:24-27; 1:43-2:47; 5:40-49; 5:59-7:4.<br><br>**<u>Prosecution History:</u>**<br>Examiner Interview Summary Record of February 13, 1997 (G013430).<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, p. 6.<br><br>detect: "2: to discover or determine the existence, presence or fact of" <u>Meriam-Webster's Collegiate Dictionary</u> 315 (10th ed. 1994)<br><br>metal detector: "An instrument, widely used in industrial production, for detecting the presence of embedded stray metal parts in food products. It is usually incorporated in a conveyor line and gives visible or audible warning or automatically stops the line. Also used for detecting buried metal. <u>Dictionary of Science and Technology</u> 694 (1995). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| said metal detector coils concentrically surrounding said antenna | The claims refer to "said metal detector coils concentrically surrounding said antenna" with concentric generally having its ordinary meaning. Claim 1. The specification includes particular or preferred embodiment terms, such as "co-boresighted" and "co-located," which have specific meanings in the context of the present invention. A boresight is a generally accepted term. "Co-boresighting the metal detector coils with the radar antenna aligns both sensors so that the centers of their respective fields of view are pointed at the same location." Col. 2, ll. 5-7. Co-locating is also a generally accepted term. "Co-locating the metal detector coils with the radar antenna places the coils and antenna in basically the same space in relative, physical alignment." Col. 2, ll. 11-22.<br>For example, in the embodiments show in Figures 3, 4, and 5, of the '048 Patent the antenna and coils are relatively oriented concentrically as shown, and therefore, the lines of sight are coincident, e.g., Col. 6, ll. 3-4. Additionally, the radar antenna and metal detector coils in each of these Figures are both co-located and co-boresighted. Col. 2, ll. 5-10. Co-location and co-boresighting the metal detector coils with the radar antennas is illustrative of "substantially similar" fields of view. This arrangement of elements is covered by the phrase "wherein said first field of view of said antenna is substantially | **<u>Proposed Construction:</u>** The metal detector coils and the antenna are centered on a common axis and are located in basically the same space.<br><br>**<u>Supporting Evidence:</u>**<br>Claim 1.<br>FIGS. 3, 4, 5, 6.<br>Abstract; 2:1-37; 5:64-6:50.<br><br>**<u>Prosecution History:</u>**<br>Examiner Interview Summary Record of February 13, 1997 (G013430).<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, pp. 8-9.<br><br>concentric: "1: having a common center" "2: having a common axis" <u>Meriam-Webster's Collegiate Dictionary</u> 238 (10th ed. 1994). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
| --- | --- | --- |
| | similar to said second field of view" as recited in dependent Claim 2.<br>Claim 2 of the '048 Patent recites:<br>"The mine defection system according to Claim 1, wherein said first field of view of said antenna is substantially similar to said second field of view of said metal detector coils."<br>Other embodiments include configurations in which the antenna and coils are oriented differently, such that although they are co-located and concentric, they are not co-boresighfed. Col. 6, II. 34 - Col. 7, II. 4. Instead, the line of sight may be "offset" for various effects. Offset simply means co-located and concentric, but not co-boresighted. This arrangement of elements is described by the term "offset" as recited in Claim 4, which is provided as a point of reference recognizing that Claim 4 is not currently asserted by Plaintiff.<br>Claim 4 of the '048 Patent recites:<br>"The mine detection system according to Claim 1, wherein said first field of view of said antenna is offset from said second field of view of said metal detector coils by a predetermined angle." | |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
| --- | --- | --- |
| field of view | None. | **<u>Proposed Construction:</u>** The area of the ground over which the system is responsive.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 1, 2, 4.<br>2:11-29; 5:41-6:4; 6:21-33.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 3-4, 8-9, 10-11.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, pp. 7-8.<br><br>field of view: field 5: "5: the area visible through the lens of an optical instrument" <u>Meriam-Webster's Collegiate Dictionary</u> 433 (10th ed. 1994).<br><br>field of view: "angle over which an image may be seen in a mirror or an optical instrument such as a telescope." <u>Dictionary of Physics</u> 59 (1996) (originally published 1993). |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| stepped continuous wave | None. | **<u>Proposed Construction:</u>** A radar system that transmits an electromagnetic waveform that is changed in predetermined steps.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 5, 9.<br>5:29-40.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 4.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, p. 9. |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| impulse | None. | **<u>Proposed Construction:</u>** A radar system that transmits an impulse waveform.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 5, 9.<br>5:29-40.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 4.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, pp. 9-10. |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| pulse | None. | **<u>Proposed Construction:</u>** A radar system that transmits a pulse waveform.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 5, 9.<br>5:29-40.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 4.<br><br>U.S. Pat. No. 4,072,942 (admitted prior art) 1:30-40.<br>U.S. Pat. No. 4,698,634 (admitted prior art) Claims 1, 8, 12; 1:5-54; 2:43-54; 3:51-4:12; 5:17-6:51; 12:3-62.<br>U.S. Pat. No. 5,307,272 (admitted prior art): Claims 3, 4, 7, 9; Abstract, 2:58-3:6; 4:43-48; 5:8-31; 7:44-8:46; 14:45-61; 18:66-19:13; 19:21-20:9.<br>Alongi, "A Short-Pulse High-Resolution Radar for Cadaver Detection," Proceedings of the International Electronic Crime Countermeasures Conference, Edinburgh, Scotland, July 18-20, 1973 (admitted prior art): pp. 79, 80, 81.<br>Daniels, "The Use of Radar in Geophysical Prospecting," Radar 1977 Conference, London, England, October 25-28, 1977 (admitted prior art): pp. 540-541.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, pp. 10. |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
| --- | --- | --- |
| swept FM | None. | **<u>Proposed Construction:</u>** A radar system that transmits an electromagnetic waveform that traverses a range of frequencies.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 5, 9.<br>5:29-40.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 4.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, p. 10. |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| continuous wave | None. | **<u>Proposed Construction:</u>** A radar system that transmits an electromagnetic waveform of a constant amplitude and frequency.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 5, 9.<br>5:29-40.<br><br>**<u>Prosecution History:</u>**<br>Amendment and Response dated February 13, 1997 (G013432-G013443), at 4.<br><br>Alongi, "A Short-Pulse High-Resolution Radar for Cadaver Detection," Proceedings of the International Electronic Crime Countermeasures Conference, Edinburgh, Scotland, July 18-20, 1973 (admitted prior art in patent-in-suit): pp. 81.<br>Daniels, "The Use of Radar in Geophysical Prospecting," Radar 1977 Conference, London, England, October 25-28, 1977 (admitted prior art): p. 541.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, p. 9. |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| monostatic | None. | **<u>Proposed Construction:</u>** A radar system having a single antenna for both receiving and transmitting.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 5, 9.<br>5:29-40.<br><br>**<u>Prosecution History:</u>**<br>U.S. Pat. No. 4,072,942 (admitted prior art) Claims 15, 17; 1:65-2:5.<br>Alongi, "A Short-Pulse High-Resolution Radar for Cadaver Detection," Proceedings of the International Electronic Crime Countermeasures Conference, Edinburgh, Scotland, July 18-20, 1973 (admitted prior art in patent-in-suit): pp. 81, 82, 83.<br>Daniels, "The Use of Radar in Geophysical Prospecting," Radar 1977 Conference, London, England, October 25-28, 1977 (admitted prior art): p. 541.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, p. 10. |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
| --- | --- | --- |
| bistatic | None. | **<u>Proposed Construction:</u>** A radar system having separate receiving and transmitting antennas.<br><br>**<u>Supporting Evidence:</u>**<br>Claims 5, 9.<br>5:29-40.<br><br>**<u>Prosecution History:</u>**<br>U.S. Pat. No. 4,072,942 (admitted prior art) Claims 16, 18; 1:65-2:5.<br>Alongi, "A Short-Pulse High-Resolution Radar for Cadaver Detection," Proceedings of the International Electronic Crime Countermeasures Conference, Edinburgh, Scotland, July 18-20, 1973 (admitted prior art in patent-in-suit): pp. 80, 82, 83.<br>Daniels, "The Use of Radar in Geophysical Prospecting," Radar 1977 Conference, London, England, October 25-28, 1977 (admitted prior art): p. 541.<br><br>**<u>Extrinsic Evidence:</u>**<br>Riggs Report, p. 10. |

| Claim Term or Phrase | Plaintiff's Construction | Defendant's Construction |
| --- | --- | --- |
| balance bridge | None. | **Proposed Construction:** A radar system in which anomalies in the ground are detected when an electromagnetically balanced condition between antenna elements is disturbed.<br><br>**Supporting Evidence:**<br>Claims 5, 9.<br>5:29-40.<br><br>**Prosecution History:**<br>None.<br><br>**Extrinsic Evidence:**<br>Riggs Report, pp. 10-11. |

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of "DEFENDANT'S RESPONSE TO PLAINTIFF'S PROPOSED CLAIM CONSTRUCTION STATEMENT" was sent by electronic mail and first-class mail, postage prepaid, this 25th day of April 2008 to:

Thomas O. Mason, Esq.
Williams Mullen
A Professional Corporation
8270 Greensboro Drive
Suite 700
McLean, VA 22102
Phone: (703) 760-5200
Facsimile: (703) 748-0244

Counsel for Plaintiff

Elizabeth D. Elliott

Elizabeth D. Elliott
U.S. Department of Justice
Telephone: (202) 514-6681